Mark J. Werksman, Esq. (State Bar No. 120767)
Karen M. Sosa, Esq. (State Bar No. 269429)
WERKSMAN JACKSON & QUINN, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942

Attorneys for Claimants
Felix Lantsman
Alla Lantsman
Asia Verbon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> $709,900 in U.S. CURRENCY, <br><br> Defendant. | ) Case No.: 2:21-CV-07191-FMO-JEM <br> ) <br> ) **CLAIMANTS FELIX LANTSMAN,** <br> ) **ALLA LANTSMAN, AND ASIA** <br> ) **VERBON'S VERIFIED CLAIM** <br> ) **AND STATEMENT OF INTEREST** <br> ) **IN CERTAIN DEFENDANT** <br> ) **PROPERTY** <br> ) <br> ) <br> ) <br> ) |

**TO THE HONORABLE FERNANDO M. OLGUIN, DISTRICT COURT JUDGE, AND TO ASSISTANT UNITED STATES ATTORNEYS VICTOR A. RODGERS AND MAXWELL COLL:**

1
VERIFIED CLAIM

On September 8, 2021 a Verified Complaint for Forfeiture ("Complaint") was filed in this District by the United States of America seeking the forfeiture of $709,900.00 in U.S. Currency ("Defendant Asset"). Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimants Felix Lantsman, Alla Lantsman, and Asia Verbon ("Claimants") submit this Verified Claim asserting an interest in the seized property.

Claimants Felix Lantsman and Alla Lantsman hereby submit this Verified Claim asserting an ownership interest in the entirety of the seized Defendant Asset. Claimants are legally married and jointly rented box number 4502 at U.S. Private Vaults, located at 9182 Olympic Boulevard in Beverly Hills, California. They designated their niece, Claimant Asia Verbon, as the beneficiary of the contents of the box. Claimants Felix Lantsman and Alla Lantsman are the owners of the U.S. currency seized from that box, which the government identifies as $709,900. Claimants' own accounting is that the box contained $790,000. The seized asset consists of gifts and inheritance received by Claimants Felix Lantsman and Alla Lantsman, savings from their business earnings, and proceeds from the sale of family jewelry. As the owners of the currency, Claimants Felix Lantsman and Alla Lantsman have a legally cognizable interest in the entirety of the Defendant Asset. Claimants have a superior right, title, and interest in the Defendant Asset over any and all interests asserted by the government in the Defendant Asset.

Claimant Asia Verbon hereby submits this Verified Claim asserting an executory interest and a beneficiary interest in the entirety of the seized Defendant Asset. For the entire time Felix and Alla Lantsman rented their box at U.S. Private Vaults, Claimant Asia Verbon has been the designated executor and beneficiary of the contents of the box. As the executor and beneficiary of the contents of the box,

2
VERIFIED CLAIM

Claimant Asia Verbon has a legally cognizable interest in the entirety of the Defendant Asset.  Claimant Asia Verbon has a superior right, title, and interest in the Defendant Asset over any and all interests asserted by the government in the Defendant Asset.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, all Claimants expressly limit this appearance to asserting and defending their claim.  Claimants reserve all right to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

Claimants hereby claim Defendant Asset and assert a superior right, title, and interest in the Defendant Asset.

DATED: September 22, 2021          Respectfully submitted,

WERKSMAN JACKSON & QUINN LLP

_/s/ *Mark J. Werksman*____
Mark J. Werksman
Karen M. Sosa
Attorneys for Claimants Felix Lantsman, Alla Lantsman, and Asia Verbon

3
VERIFIED CLAIM

## VERIFICATION OF CLAIM

I, Felix Lantsman, pursuant to 18 U.S.C. § 1746, attest and declare under the penalty of perjury that my claim to this property is not frivolous, and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____

Felix Lantsman

09-22-21
Date

I, Alla Lantsman, pursuant to 18 U.S.C. § 1746, attest and declare under the penalty of perjury that my claim to this property is not frivolous, and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____

Alla Lantsman

09-22-21
Date

I, Asia Verbon, pursuant to 18 U.S.C. § 1746, attest and declare under the penalty of perjury that my claim to this property is not frivolous, and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____

Asia Verbon

09/23/2021
Date

4
VERIFIED CLAIM