| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Mark J. Werksman, Esq. (State Bar No. 120767)<br>Karen M. Sosa, Esq. (State Bar No. 269429)<br>WERKSMAN JACKSON & QUINN, LLP<br>888 West Sixth Street, Fourth Floor<br>Los Angeles, California 90017<br>(213) 688-0460 | |
| ATTORNEY(S) FOR: ALLA LANTSMAN | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br>v.<br>$709,900.00 IN U.S. CURRENCY<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-07191<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ALLA LANTSMAN_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FELIX LANTSMAN | CLAIMANT |
| ASIA VERBON | CLAIMANT |

10/18/2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

ALLA LANTSMAN

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES