NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Mark J. Werksman, Esq. (State Bar No. 120767)
Karen M. Sosa, Esq. (State Bar No. 269429)
WERKSMAN JACKSON & QUINN, LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
(213) 688-0460

ATTORNEY(S) FOR: ASIA VERBON

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA

Plaintiff(s),

v.

$709,900.00 IN U.S. CURRENCY

Defendant(s)

CASE NUMBER:

2:21-cv-07191

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    ASIA VERBON
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FELIX LANTSMAN | CLAIMANT |
| ALLA LANTSMAN | CLAIMANT |

10/18/2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

ASIA VERBON

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**