TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$709,900.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>FELIX LANTSMAN, ALLA LANTSMAN and ASIA VERBON,<br><br>        Claimants. | Case No. 2:21-cv-07191-RGK-MAR<br><br><u>STIPULATION AND REQUEST TO STAY CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND CASE AND TO TAKE DECEMBER 6, 2021 SCHEDULING CONFERENCE OFF CALENDAR;</u><br><u>[PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER</u> |

    Plaintiff United States of America ("the government") and claimants Felix Lantsman, Alla Lantsman and Asia Verbon (collectively, "claimants"), by the signatures of their attorneys hereunder, hereby stipulate and request that this civil forfeiture

case be stayed pending the conclusion of an ongoing related federal criminal investigation and the related criminal case <u>The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al.</u>, Santa Clara Superior Court Case No. C2007796, in which Felix Lantsman is named as a defendant (the "related criminal case").[1]  The government represents that the criminal investigation and related criminal case and the instant civil forfeiture case arise out of the same facts and will involve many of the same issues of fact and law, and judicial economy will be served by staying this action.

    Pursuant to the mandatory stay provision, 18 U.S.C. § 981(g):

    (1)  Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

    (2)  Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that -

        (A)  the claimant is the subject of a related criminal investigation or case;

        (B)  the claimant has standing to assert a claim in the civil forfeiture proceeding; and

---

[1] A copy of the complaint in the related criminal case is attached hereto as Exhibit A.

                (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

Here, the parties agree that the matter should be stayed. The government is unwilling to respond to civil discovery that would result in claimant and criminal defendant Felix Lantsman and others receiving information they are not entitled to receive during the course of criminal investigations. Claimant and criminal defendant Felix Lantsman, who has filed a claim to reflect his standing in this civil forfeiture action, as well as others who have filed claims to reflect their standing may be unable to respond to government discovery requests or provide deposition testimony under oath without endangering their Fifth Amendment rights. The parties respectfully request that the Court stay this civil forfeiture action until the criminal investigation and related criminal case are completed. The government proposes that it file reports regarding the status of the criminal investigation and related criminal case commencing on January 15, 2022 and every ninety days thereafter to enable the Court to monitor the status of this matter. In addition, the parties

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

request that the December 6, 2021 scheduling conference in this case be taken off calendar.

                                        Respectfully submitted,

Dated: November 19, 2021       TRACY L. WILKISON
                                        United States Attorney
                                        SCOTT M. GARRANGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        JONATHAN GALATZAN
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section

                                        /s/ Victor A. Rodgers
                                        VICTOR A. RODGERS
                                        MAXWELL COLL
                                        Assistant United States Attorneys
                                        Asset Forfeiture/General Crimes
                                        Sections

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

Dated: November 19, 2021      WERKSMAN JACKSON & QUINN LLP

                                        /s/ Karen M. Sosa
                                        MARK J. WERKSMAN
                                        KAREN M. SOSA

                                        Attorneys for Claimants
                                        FELIX LANTSMAN, ALLA LANTSMAN and
                                        ASIA VERBON