SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

HALL OF JUSTICE

THE PEOPLE OF THE STATE OF CALIFORNIA,

|  |  |
|---|---|
| Plaintiff, | **FELONY COMPLAINT** |
|  | **CASE SUMMARY** |
|  |  |
|  | DA NO:  200510682 |
| vs. | CEN |
|  | EFY046 DS WARR |
| DAVID SUTTON ███████, | EFY047 BS WARR |
| BEVERLY HILLS CA | EFY048 VT WARR |
|  | EFY049 HT WARR |
| BRIAN SUTTON ███████, | EFY050 RK WARR |
| BEVERLY | EFY051 JG WARR |
| HILLS CA ██████████ | EFY054 EK WARR |
| VLADIMIR TSIKMAN (███████, | EFY055 OP WARR |
| LOS ANGELES CA ████ | EFY056 VB WARR |
| HERSHEL TSIKMAN ██████, | EFY057 AG WARR |
| LOS ANGELES CA | EFY058 IK WARR |
|  | EFY059 AE WARR |
| ROMAN KARDONSKIY ██████, | EFY060 MR WARR |
| BEVERLY HILLS CA | EFY061 EO WARR |
|  | EFY062 LL WARR |
| JAID GORBAN ██████, | EFY063 EA WARR |
| SHERMAN OAKS CA | EFY064 RB WARR |
|  | EFY065 RPD WARR |
| EUGENY KIRZHNER ██████, | EFY066 JK WARR |
| CANOGA PARK CA ████ | EFY067 VL WARR |
| OLEG PILLER ██████, | EFY068 SS WARR |
| ENCINO CA ██████ | EFY069 FL WARR |
| VADIM BELITSKY ██████, | EFY070 CH WARR |
| WOODLAND HILLS CA ████ | EFY071 MA WARR |
| ALEX GOLDMEN ██████, | EFY072 RR WARR |
| WOODLAND | EFY073 IZ WARR |
| HILLS CA ██████ | EFY075 MS WARR |
| IGOR KRASHENNY ██████, | EFY076 BT WARR |
| LOS ANGELES CA ████ | EFY078 FS WARR |
| ALI ENAYATI ██████, | EFY079 JW WARR |
| LOS ANGELES | EFY080 DB WARR |
| CA ████ | EFY081 DRC WARR |
| MARYAM RAHIMI ██████, | EFY082 JDB WARR |
| LONG BEACH CA ████ | EFY083 AB WARR |
| EDWARD OPOKU ██████, |  |
| LOS ANGELES CA ████ |  |
| LARS LUNDSTROM ██████ |  |

**EXHIBIT A**
**5**



LOS ANGELES CA

EMILY ANDERSON ,

REDONDO BEACH CA

ROBERT BREEDLOVE ,

AGOURA HILLS CA

RAMON PAOLOSANTOS DAVID

CANOGA PARK CA

JOHN KNIGHT ,

SOUTHLAKE TX

VIRGINIA LIN ,

SAN GABRIEL CA

SVETLANA SAPRONOVA ,

LOS ANGELES CA

FELIX LANTSMAN ,

SHERMAN OAKS CA

CHRISTIAN HAINKA ,

NORTH HOLLYWOOD CA

MARINA ALEKSEYEVA ,

VAN NUYS CA

RENEE ROSENBERGELPERIN ,

LOS ANGELES CA

ILYA ZIKNER ,

VAN NUYS CA

MILA SUTTON ,

BEVERLY HILLS CA

BORIS TRIPOLOSKI ,

ENCINO CA

FRANCESCA SUTTON ,

BEVERLY HILLS CA

JAMIE WOLF ,

PORTLAND OR

DAVID BISHOFF ,

SANTA CLARA UT

DANE ROBERT CHRISTIANSEN ,

SAINT GEORGE UT

JOSEPH DANIEL BLYTHE ,

SAINT GEORGE UT

ALLEN BAYLAN ,

**EXHIBIT A**
**6**

 NORTH HOLLYWOOD CA

Defendant(s).

### C A S E   S U M M A R Y

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | PC182(a)(4) | Same as felony | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation |

**EXHIBIT A**
7

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|---|---|---|---|---|---|
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 2 | PC550(a)(1) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation |

**EXHIBIT A**

8

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | | | Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ramon Paolosantos | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | David John Knight | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation |

**EXHIBIT A**

9

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| 3 | PC550(a)(1) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**10**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 4 | PC550(a)(1) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**11**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 5 | PC550(a)(1) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir | PC1203.045(a) | Probation |

**EXHIBIT A**

**12**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Tsikman | | Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | John Knight | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation |

**EXHIBIT A**

**13**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|---|---|---|---|---|---|
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 6 | PC550(a)(1) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation |

**EXHIBIT A**

**14**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 7 | PC550(a)(1) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**

**15**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**

**16**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 8 | PC550(a)(1) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos | PC1203.045(a) | Probation Limitation |
| | | | David John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation |

**EXHIBIT A**

17

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|---|---|---|---|---|---|
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 9 | PC550(a)(6) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation |

**EXHIBIT A**

18

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation |

**EXHIBIT A**

19

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| 10 | PC550(a)(6) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**20**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
|       |        |              | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
|       |        |              | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
|       |        |              | Ilya Zikner | PC1203.045(a) | Probation Limitation |
|       |        |              | Mila Sutton | PC1203.045(a) | Probation Limitation |
|       |        |              | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
|       |        |              | Francesca Sutton | PC1203.045(a) | Probation Limitation |
|       |        |              | Jamie Wolf | PC1203.045(a) | Probation Limitation |
|       |        |              | David Bishoff | PC1203.045(a) | Probation Limitation |
|       |        |              | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
|       |        |              | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
|       |        |              | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 11    | PC550(a)(6) | 2-3-5    | David Sutton | PC1203.045(a) | Probation Limitation |
|       |        |              | Brian Sutton | PC1203.045(a) | Probation Limitation |
|       |        |              | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
|       |        |              | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
|       |        |              | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
|       |        |              | Jaid Gorban | PC1203.045(a) | Probation Limitation |
|       |        |              | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
|       |        |              | Oleg Piller | PC1203.045(a) | Probation Limitation |
|       |        |              | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
|       |        |              | Alex Goldmen | PC1203.045(a) | Probation Limitation |
|       |        |              | Igor Krashenny | PC1203.045(a) | Probation Limitation |
|       |        |              | Ali Enayati | PC1203.045(a) | Probation Limitation |
|       |        |              | Maryam Rahimi | PC1203.045(a) | Probation Limitation |

EXHIBIT A
21

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 12 | PC550(a)(6) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir | PC1203.045(a) | Probation |

**EXHIBIT A**
**22**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Tsikman | | Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos | PC1203.045(a) | Probation Limitation |
| | | | David John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation |

**EXHIBIT A**

**23**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 13 | PC550(a)(6) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation |

**EXHIBIT A**

**24**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 14 | PC550(a)(6) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**

**25**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos | PC1203.045(a) | Probation Limitation |
| | | | David John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**26**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 15 | PC550(a)(6) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation |

**EXHIBIT A**

**27**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|---|---|---|---|---|---|
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 16 | PC487(a) | 16-2-3 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation |

**EXHIBIT A**

28

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | | Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | John Knight | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation |
| | | | | | Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation |

**EXHIBIT A**

29

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| 17 | PC487(a) | 16-2-3 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**30**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 18 | PC550(b)(3) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**31**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
|       |        |              | Edward Opoku | PC1203.045(a) | Probation Limitation |
|       |        |              | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
|       |        |              | Emily Anderson | PC1203.045(a) | Probation Limitation |
|       |        |              | Robert Breedlove | PC1203.045(a) | Probation Limitation |
|       |        |              | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
|       |        |              | John Knight | PC1203.045(a) | Probation Limitation |
|       |        |              | Virginia Lin | PC1203.045(a) | Probation Limitation |
|       |        |              | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
|       |        |              | Felix Lantsman | PC1203.045(a) | Probation Limitation |
|       |        |              | Christian Hainka | PC1203.045(a) | Probation Limitation |
|       |        |              | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
|       |        |              | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
|       |        |              | Ilya Zikner | PC1203.045(a) | Probation Limitation |
|       |        |              | Mila Sutton | PC1203.045(a) | Probation Limitation |
|       |        |              | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
|       |        |              | Francesca Sutton | PC1203.045(a) | Probation Limitation |
|       |        |              | Jamie Wolf | PC1203.045(a) | Probation Limitation |
|       |        |              | David Bishoff | PC1203.045(a) | Probation Limitation |
|       |        |              | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
|       |        |              | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
|       |        |              | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 19 | PC550(b)(3) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
|       |        |              | Brian Sutton | PC1203.045(a) | Probation Limitation |
|       |        |              | Vladimir | PC1203.045(a) | Probation |

**EXHIBIT A**
**32**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Tsikman | | Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation |

**EXHIBIT A**
**33**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 20 | PC550(b)(3) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation |

**EXHIBIT A**

**34**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 21 | PC550(b)(3) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**

**35**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**36**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 22 | PC550(b)(3) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos | PC1203.045(a) | Probation Limitation |
| | | | David John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation |

**EXHIBIT A**
**37**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 23 | PC550(b)(3) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation |

**EXHIBIT A**
**38**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation |

**EXHIBIT A**

39

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|-------|--------|--------------|-----------|------------|--------------------------|
| 24 | PC550(b)(3) | 2-3-5 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**40**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 25 | BP650 | 16-2-3 | David Sutton | PC1203.045(a) | Probation Limitation |
| | | | Brian Sutton | PC1203.045(a) | Probation Limitation |
| | | | Vladimir Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC1203.045(a) | Probation Limitation |
| | | | Eugeny Kirzhner | PC1203.045(a) | Probation Limitation |
| | | | Oleg Piller | PC1203.045(a) | Probation Limitation |
| | | | Vadim Belitsky | PC1203.045(a) | Probation Limitation |
| | | | Alex Goldmen | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC1203.045(a) | Probation Limitation |
| | | | Ali Enayati | PC1203.045(a) | Probation Limitation |
| | | | Maryam Rahimi | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**41**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | Edward Opoku | PC1203.045(a) | Probation Limitation |
| | | | Lars Lundstrom | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |
| | | | Robert Breedlove | PC1203.045(a) | Probation Limitation |
| | | | Ramon Paolosantos David | PC1203.045(a) | Probation Limitation |
| | | | John Knight | PC1203.045(a) | Probation Limitation |
| | | | Virginia Lin | PC1203.045(a) | Probation Limitation |
| | | | Svetlana Sapronova | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC1203.045(a) | Probation Limitation |
| | | | Mila Sutton | PC1203.045(a) | Probation Limitation |
| | | | Boris Tripoloski | PC1203.045(a) | Probation Limitation |
| | | | Francesca Sutton | PC1203.045(a) | Probation Limitation |
| | | | Jamie Wolf | PC1203.045(a) | Probation Limitation |
| | | | David Bishoff | PC1203.045(a) | Probation Limitation |
| | | | Dane Robert Christiansen | PC1203.045(a) | Probation Limitation |
| | | | Joseph Daniel Blythe | PC1203.045(a) | Probation Limitation |
| | | | Allen Baylan | PC1203.045(a) | Probation Limitation |
| 26 | BP4324(a) | 16-2-3 | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
| | | | Emily Anderson | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**42**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 27 | BP4324(a) | 16-2-3 | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
|  |  |  | Emily Anderson | PC1203.045(a) | Probation Limitation |
| 28 | BP4324(a) | 16-2-3 | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
|  |  |  | Emily Anderson | PC1203.045(a) | Probation Limitation |
| 29 | PC530.5(a) | 16-2-3 | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
|  |  |  | Emily Anderson | PC1203.045(a) | Probation Limitation |
| 30 | PC530.5(a) | 16-2-3 | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
|  |  |  | Emily Anderson | PC1203.045(a) | Probation Limitation |
| 31 | PC530.5(a) | 16-2-3 | Hershel Tsikman | PC1203.045(a) | Probation Limitation |
|  |  |  | Emily Anderson | PC1203.045(a) | Probation Limitation |
| 32 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
|  |  |  |  | PC186.10(c)(1)(B) | 2 YEARS |
|  |  |  |  | PC186.10(c)(1)(D) | 4 YEARS |
|  |  |  |  | PC1203.045(a) | Probation Limitation |
|  |  |  | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
|  |  |  |  | PC186.10(c)(1)(B) | 2 YEARS |
|  |  |  |  | PC186.10(c)(1)(D) | 4 YEARS |
|  |  |  |  | PC1203.045(a) | Probation Limitation |
|  |  |  | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
|  |  |  |  | PC186.10(c)(1)(B) | 2 YEARS |
|  |  |  |  | PC186.10(c)(1)(D) | 4 YEARS |
|  |  |  |  | PC1203.045(a) | Probation Limitation |
|  |  |  | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
|  |  |  |  | PC186.10(c)(1)(B) | 2 YEARS |
|  |  |  |  | PC186.10(c)(1)(D) | 4 YEARS |
|  |  |  |  | PC1203.045(a) | Probation Limitation |
| 33 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
|  |  |  |  | PC186.10(c)(1)(B) | 2 YEARS |

**EXHIBIT A**

**43**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 34 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 35 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 36 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 37 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |

**EXHIBIT A**

**45**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 38 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 39 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 40 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation |

**EXHIBIT A**
**46**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|---|---|---|---|---|---|
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 41 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 42 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 43 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 44 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**

**47**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 45 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 46 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 47 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 48 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |

**EXHIBIT A**
**48**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 49 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 50 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 51 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**49**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 52 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 53 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 54 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 55 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| 56 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 57 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 58 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 59 | PC186.10(a) | 16-2-3 | Vladimir Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |

**EXHIBIT A**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 60 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 61 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 62 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(C) | 3 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Felix Lantsman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(C) | 3 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 63 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**52**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|-------|--------|--------------|-----------|------------|---------------|
| | | | Felix Lantsman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 64 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 65 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |

**EXHIBIT A**
**53**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 66 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 67 | PC186.10(a) | 16-2-3 | David Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Jaid Gorban | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 68 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |

**EXHIBIT A**
**54**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 69 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 70 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 71 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 72 | PC186.10(a) | 16-2-3 | Roman | PC186.10(c)(1)(A) | 1 YEAR |

**EXHIBIT A**

**55**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | Kardonskiy | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Renee Rosenbergelperin | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 73 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 74 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 75 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 76 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |

**EXHIBIT A**

**56**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 77 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 78 | PC186.10(a) | 16-2-3 | Brian Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 79 | PC186.10(a) | 16-2-3 | Brian Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |

**EXHIBIT A**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC1203.045(a) | Probation Limitation |
| 80 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 81 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 82 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 83 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation |

**EXHIBIT A**
**58**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect Limitation |
|---|---|---|---|---|---|
| 84 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Christian Hainka | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 85 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 86 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 87 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |

**EXHIBIT A**
**59**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 88 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Marina Alekseyeva | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 89 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Ilya Zikner | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 90 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 91 | PC186.10(a) | 16-2-3 | Brian Sutton | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Igor Krashenny | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |

**EXHIBIT A**

**60**

| Count | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 92 | PC186.10(a) | 16-2-3 | Hershel Tsikman | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| | | | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 93 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |
| 94 | PC186.10(a) | 16-2-3 | Roman Kardonskiy | PC186.10(c)(1)(A) | 1 YEAR |
| | | | | PC186.10(c)(1)(B) | 2 YEARS |
| | | | | PC186.10(c)(1)(D) | 4 YEARS |
| | | | | PC1203.045(a) | Probation Limitation |

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA
HALL OF JUSTICE
COMPLAINT FOR ARREST WARRANT(S)

HERSHEL TSIKMAN EFY049
DAVID SUTTON EFY046
BRIAN SUTTON EFY047
VLADIMIR TSIKMAN EFY048
ROMAN KARDONSKIY EFY050
JAID GORBAN EFY051
EUGENY KIRZHNER EFY054
OLEG PILLER EFY055
VADIM BELITSKY EFY056
ALEX GOLDMEN EFY057
IGOR KRASHENNY EFY058
ALI ENAYATI EFY059
MARYAM RAHIMI EFY060
EDWARD OPOKU EFY061
LARS LUNDSTROM EFY062
EMILY ANDERSON EFY063
ROBERT BREEDLOVE EFY064
RAMON PAOLOSANTOS DAVID EFY065
JOHN KNIGHT EFY066
VIRGINIA LIN EFY067
SVETLANA SAPRONOVA EFY068
FELIX LANTSMAN EFY069
CHRISTIAN HAINKA EFY070
MARINA ALEKSEYEVA EFY071
RENEE ROSENBERGELPERIN EFY072
ILYA ZIKNER EFY073
MILA SUTTON EFY075
BORIS TRIPOLOSKI EFY076
FRANCESCA SUTTON EFY078
JAMIE WOLF EFY079
DAVID BISHOFF EFY080
DANE ROBERT CHRISTIANSEN EFY081
JOSEPH DANIEL BLYTHE EFY082
ALLEN BAYLAN EFY083

**EXHIBIT A**
**62**

THE PEOPLE OF THE STATE OF CALIFORNIA,

                                           Plaintiff,

vs.

DAVID SUTTON ▮▮▮▮,
▮▮▮▮ BEVERLY HILLS CA

BRIAN SUTTON ▮▮▮▮,
▮▮▮▮ BEVERLY HILLS CA

VLADIMIR TSIKMAN ▮▮▮,
▮▮▮ LOS ANGELES CA ▮

HERSHEL TSIKMAN ▮▮▮,
▮▮▮ LOS ANGELES CA

ROMAN KARDONSKIY ▮▮▮,
▮▮▮ BEVERLY HILLS CA

JAID GORBAN ▮▮▮,
▮▮▮ SHERMAN OAKS CA

EUGENY KIRZHNER ▮▮▮,
▮▮▮ CANOGA PARK CA ▮

OLEG PILLER ▮▮▮,
▮▮▮ ENCINO CA ▮

VADIM BELITSKY ▮▮▮,
▮▮▮ WOODLAND HILLS CA ▮

ALEX GOLDMEN ▮▮▮,
▮▮▮ WOODLAND HILLS CA

IGOR KRASHENNY ▮▮▮,
▮▮▮ LOS ANGELES CA

ALI ENAYATI ▮▮▮,
▮▮▮ LOS ANGELES CA

MARYAM RAHIMI ▮▮▮),
▮▮▮ LONG BEACH CA ▮

EDWARD OPOKU ▮▮▮),
▮▮▮ LOS ANGELES CA ▮

LARS LUNDSTROM ▮▮▮,
▮▮▮ LOS ANGELES CA

EMILY ANDERSON ▮▮▮,
▮▮▮ REDONDO BEACH CA

ROBERT BREEDLOVE ▮▮▮,

**FELONY COMPLAINT**

DA NO:  200510682
   CEN
EFY046 DS WARR
EFY047 BS WARR
EFY048 VT WARR
EFY049 HT WARR
EFY050 RK WARR
EFY051 JG WARR
EFY054 EK WARR
EFY055 OP WARR
EFY056 VB WARR
EFY057 AG WARR
EFY058 IK WARR
EFY059 AE WARR
EFY060 MR WARR
EFY061 EO WARR
EFY062 LL WARR
EFY063 EA WARR
EFY064 RB WARR
EFY065 RPD WARR
EFY066 JK WARR
EFY067 VL WARR
EFY068 SS WARR
EFY069 FL WARR
EFY070 CH WARR
EFY071 MA WARR
EFY072 RR WARR
EFY073 IZ WARR
EFY075 MS WARR
EFY076 BT WARR
EFY078 FS WARR
EFY079 JW WARR
EFY080 DB WARR
EFY081 DRC WARR
EFY082 JDB WARR
EFY083 AB WARR

**EXHIBIT A**
**63**



AGOURA HILLS CA ██████

RAMON PAOLOSANTOS DAVID ██████,
CANOGA PARK CA ██

JOHN KNIGHT ██████,
SOUTHLAKE TX ██████

VIRGINIA LIN ██████,
SAN GABRIEL CA ██████

SVETLANA SAPRONOVA ██████,
LOS ANGELES CA ██████

FELIX LANTSMAN ██████,
SHERMAN OAKS CA ██████

CHRISTIAN HAINKA ██████),
NORTH HOLLYWOOD CA ██████

MARINA ALEKSEYEVA ██████,
VAN NUYS CA ██████

RENEE ROSENBERGELPERIN ██████),
LOS ANGELES CA ██████

ILYA ZIKNER ██████,
VAN NUYS CA ██████

MILA SUTTON ██████,
BEVERLY HILLS CA ██████

BORIS TRIPOLOSKI ██████,
ENCINO CA ██████

FRANCESCA SUTTON ██████,
BEVERLY HILLS CA ██████

JAMIE WOLF ██████,
PORTLAND OR ██████

DAVID BISHOFF ██████,
SANTA CLARA UT ██████

DANE ROBERT CHRISTIANSEN ██████),
SAINT GEORGE UT ██████

JOSEPH DANIEL BLYTHE ██████),
SAINT GEORGE UT ██████

ALLEN BAYLAN (██████),
NORTH HOLLYWOOD CA ██████

Defendant(s).

**EXHIBIT A**
**64**

The undersigned is informed and believes that:

## COUNT 1

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of CONSPIRACY TO DEFRAUD PERSON OF PROPERTY OR OBTAIN MONEY AND PROPERTY BY FALSE PRETENSES, in violation of PENAL CODE SECTION 182(a)(4), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did conspire together and with other to cheat or defraud insurance companies ANTHEM, AETNA, OPTUM, BLUE CROSS BLUE SHIELD OF CALIFORNIA, CIGNA, XPRESS SCRIPTS, CVS CAREMARK (hereinafter "VICTIM COMPANIES"), of property, and to obtain money and property by false pretenses or false promises with the fraudulent intent to not perform those promises in violation of Penal Code sections 487(a), 550(a)(1), 550(a)(6), 550(b)(3), or Business and Professions Code section 650.

It is further alleged that pursuant to and for the purpose of carrying out the objects and purposes of the conspiracy, one and more of the conspirators committed the following overt acts:

I. **GLOBAL MARKETING RESEARCH GROUP IS A COMPANY AT THE HEART OF A MASSIVE TELEMARKETING AND INSURANCE FRAUD SCHEME THAT CALLED THOUSANDS OF CALIFORNIA CITIZENS AND TRICKED THOSE CITIZENS INTO BELIEVING THEY WERE SPEAKING TO THEIR INSURANCE COMPANY.**

## OVERT ACT 1

On May 15, 2015, ALEX GOLDMEN incorporated Global Marketing Research Group (hereinafter "Global Marketing") and listed himself as the Corporate Agent.  On June 1, 2015, corporate attorney, FRANCESCA SUTTON, filed a Statement of Information listing ROMAN KARDONSKIY as the sole owner and officer.  At the time, Global Marketing was located at 20350 Ventura Blvd. Ste 120/140, Woodland Hills CA.

## EXHIBIT A
## 65

Global Marketing is a call center at the heart of a large-scale state-wide multi-million-dollar criminal conspiracy to commit insurance fraud and money laundering.

Current estimates are that insurance carriers were defrauded of **$50,236,245.31** in the State of California.  The total attempted fraudulent billing is **$75,347,943.02**.

### OVERT ACT 2

In mid-2016, under the direction of one or more C.R.E.A.M. SCHEME MEMBERS, including BRIAN SUTTON and HERSHEL TSIKMAN, non-medical telemarketers working at Global Marketing (hereinafter "GLOBAL MARKETING TELEMARKETERS") began unsolicited calls to individual members of the general public residing across California, including but not limited to Santa Clara County, asking if they would like prescription topical pain creams or medical braces at no personal cost.

### OVERT ACT 3

C.R.E.A.M. SCHEME MEMBERS, including but not limited to ROMAN KARDONSKIEY, ALEX GOLDMEN, BRIAN SUTTON, DAVID SUTTON, HERSHEL TSIKMAN, JAID GORBAN, EUGENY KIRZHNER, VADIM BELITSKY, VLADAMIR TSIKMAN, DR. EDWARD OPOKU, EMILY ANDERSON, ROBERT BREEDLOVE, PAOLO DAVID, SVETLANA SAPRONOVA, FRANCESCA SUTTON, DAVID BISHOFF, JAMIE WOLFE, ALLEN BAYLAN, DANE CHRISTIANSEN, JOSEPH BLYTHE, OR VIRGINIA LIN (hereinafter collectively known as "GLOBAL MARKETING'S MANAGEMENT TEAM") formed, owned, managed, operated, promoted the operation of Global Marketing to promote and further the conspiracy.

### OVERT ACT 4

GLOBAL MARKETING'S MANAGEMENT TEAM hired GLOBAL MARKETING TELEMARKETERS to inundate the general public (hereinafter "TARGET VICTIMS") with telephone calls seeking insurance billing information.  GLOBAL MARKETING TELEMARKETERS used a Consultation Notes script drafted by one or more members of GLOBAL MARKETING'S MANAGEMENT TEAM, which was subsequently located at numerous pharmacies operated by C.R.E.A.M. SCHEME MEMBERS.

**EXHIBIT A**
**66**

## OVERT ACT 5

GLOBAL MARKETING'S MANAGEMENT TEAM instructed GLOBAL MARKETING TELEMARKETERS to make unsolicited telephone calls to these unwitting TARGET VICTIMS (sometimes 30 to 60 times per TARGET VICTIM) located throughout California, including, but limited to Santa Clara County, Orange County, Alameda County, San Luis Obispo County, Riverside County, Ventura County, Kern County, Sonoma County, Stanislaus County, Contra Costa County, San Joaquin County, Fresno County, Butte County, San Bernardino County, Santa Cruz County, Shasta County, Yolo County, San Diego County, Tulare County, Solano County, Imperial County, Sutter County, Glenn County, Marin County, Madera County, Inyo County, Sacramento County, Kings County, Tuolumne County, Merced County, Santa Barbara County, Colusa County, Mendocino County, San Benito County, Nevada County, Calaveras County, Placer County, Humboldt County, Sierra County, Plumas County, Tehama County, Lake County, Yuba County, or Maricopa County to get TARGET VICTIMS to agree to order durable medical equipment (DME) or various medicated creams from California Gen Medical ("Cal Gen DME"), First Choice Pharmacy, Family Choice Pharmacy, True Choice Pharmacy, Van Nuys RX, or VM RX (Valley Market Pharmacy).

## OVERT ACT 6

GLOBAL MARKETING'S MANAGEMENT TEAM instructed GLOBAL MARKETING TELEMARKETERS to use specific personal information to gain the TARGET VICTIMS' trust or confuse the TARGET VICTIMS into believing the calls originated from the TARGET VICTIMS' insurance company or doctor's office.  During the calls, the TARGET VICTIMS' were caused by the TELEMARKETERS to divulge their personal information included names, dates of birth, cellular telephone numbers, insurance policy information, social security numbers, and recent surgeries.

## OVERT ACT 7

ROMAN KARDONSKIY and ALEX GOLDMEN used Global Marketing Bank Accounts (JP Morgan Chase 5191, 2552 and Wells Fargo 0937, 9934) to purchase the TARGET VICTIMS' personal information from the companies and date range listed below:

**EXHIBIT A**
**67**

| Leads Company | Date Range | Total Paid for Leads |
|---|---|---|
| Tiburon Media Group | 12/2016-1/2017 | $16,885.50 |
| World to World Media | 6/2016-2/2017 | $207,334.00 |
| SafeSoft Solutions | 6/2016-11/2016 | $43,793.46 |

II. **GLOBAL MARKETING PREPARED THOUSANDS OF FRAUDULENT PRESCRIPTIONS USING A NETWORK OF DOCTORS WHO ABDICATED THEIR LEGAL AND PROFESSIONAL ETHICAL DUTIES.**

**OVERT ACT 8**

From 2016 onward, one or more C.R.E.A.M. SCHEME MEMBERS violated or assisted, facilitated, or directed the violation of medical and telemedical rules, including but not limited to Business and Professions code 2290.5, by preparing, assisting, facilitating, or directing the preparation and/or submission of fraudulent prescriptions for durable medical equipment and a variety of pain creams (hereinafter collectively known as "(FRAUDULENT PRESCRIPTIONS)") in the following ways:

- Failing to obtain TARGET VICTIMS consent to telemedicine.
- Used doctors' personal identifying information without approval for the specific patient.
- GLOBAL MARKETING TELEMARKETERS contacted TARGET VICTIMS without oversight by a medical professional.
- Global Marketing employees prepared and sent prescriptions to pharmacies without the prescribing doctor communicating with the patient.
- Doctors working in association with Global Marketing, including but not limited to, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, or LARS LUNDSTROM, agreed to use their professional identifying information, including their names, on prescriptions for patients they had never communicated with in their professional capacity.

**EXHIBIT A**
**68**

- Once EDWARD OPOKU was hired, Global Marketing nurses and physician assistants contacted and prepared prescriptions for TARGET VICTIMS without adequate oversight by that doctor as required by their state licenses.

- Global Marketing never obtained, whether by medical personal or by GLOBAL MARKETING TELEMARKETERS, a full medical history of the TARGET VICTIMS.

- Global Marketing never obtained, whether by medical personal or by GLOBAL MARKETING TELEMARKETERS, other medications of the TARGET VICTIMS for potential conflicts.

- Global Marketing, whether by medical personal or by GLOBAL MARKETING TELEMARKETERS, never maintained a record of the TARGET VICTIMS' prescriptions.

- GLOBAL MARKETING TELEMARKETERS used "Consultation notes" form that was insufficient for a treating physician to determine if a patient needed these prescription products.

- Some TARGET VICTIMS received pain creams or DME BRACES they did not want or ask for.

- TARGET VICTIMS did not recognize the doctors or pharmacies from which the pain creams or DME BRACES came.

- TARGET VICTIMS did not give permission to the specific doctors to prescribe the pain creams or DME BRACES as listed in the prescriptions given to the pharmacies.

- Some TARGET VICTIMS never received the product but they or their insurance company were still billed.

- Some TARGET VICTIMS reported they would receive these products repeatedly even though those TARGET VICTIMS did not request a refill.


## **OVERT ACT 9**

Between May 2015 to 2016, no medical professionals worked at Global Marketing.  As a result, GLOBAL MARKETING'S MANAGEMENT TEAM, including but not limited to ROBERT BREEDLOVE, BRIAN SUTTON or HERSHEL TSIKMAN, made separate agreements with individual doctors and doctor groups to sign FRAUDULENT PRESCRIPTIONS.  Some of these agreements were with Global Marketing, Cal Gen DME or other third-party shell corporations.

**EXHIBIT A**
**69**

## OVERT ACT 10

DRS. ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, AND JOHN KNIGHT approved FRAUDULENT PRESCRIPTIONS at the direction of other GLOBAL MARKETING'S MANAGEMENT TEAM, including but not limited to ROBERT BREEDLOVE, BRIAN SUTTON or HERSHEL TSIKMAN.

## OVERT ACT 11

To facilitate this process, GLOBAL MARKETING'S MANAGEMENT TEAM, including but not limited to EMILY ANDERSON, BRIAN SUTTON, HERSHEL TSIKMAN or IGOR KRASHENNY would prepare, aid and abet, or direct the preparation of FRAUDULENT PRESCRIPTIONS for doctors to approve.

## OVERT ACT 12

GLOBAL MARKETING'S MANAGEMENT TEAM, including but not limited to EMILY ANDERSON, BRIAN SUTTON AND HERSHEL TSIKMAN or IGOR KRASHENNY would prepare, aid and abet, or direct the preparation of FRAUDULENT PRESCRIPTIONS without any doctor's approval.

## OVERT ACT 13

To more easily facilitate their fraud, GLOBAL MARKETING'S MANAGEMENT TEAM prepared standardized prescription pads for pain creams (hereinafter "C.R.E.A.M. RX SHEET") that could be submitted to pharmacies, including, but not limited to, Cal Gen DME, First Choice Pharmacy, Family Choice Pharmacy, True Choice Pharmacy, Van Nuys RX, or VM RX (Valley Market Pharmacy). HERSHEL TSIKMAN or SVETLANA SAPRONOVA drafted versions of the

**EXHIBIT A**
**70**

C.R.E.A.M. RX SHEET.  As listed

16—B—4:       0001

| Physician | Opoku, Edward | | | Patient | Vicki Baumgartner | | |
|---|---|---|---|---|---|---|---|
| Address | 2222 Foothill blvd #E122 | | | D.O.B. | 9/29/1962 | | |
| City | La Canada | | | Address | 883 San Lucas Ave | | |
| State | California | | | City | Mountain View | Group | 227037 |
| Zip | 91011 | | | State | CA | Zip | 94043.00 |
| Phone | (310) 936-4782 | FAX | (213) 389-2506 | Home Phone | (415) 370-3758 | Mobile | (415) 370-3758 |
| NPI | 1982989380 | DEA | FO2352590 | Rx. Ins. Name | United HC | PCN | 9999 |
| Local Pharmacy | | | | Member ID # | 869708466 | BIN | 610279 |
| Diagnosis/ICD-9 | | | | Allergies | | | |

Substitutions are applicable if patients insurance does not cover prescribed medication. By signing this prescription, prescriber is authorizing pharmacy to substitute as necessary.

**\*PLEASE INDICATE AREAS OF APPLICATION FOR EACH CATEGORY!\***

Pain: Back

Wound:Back

Scar:Back

Eczema/psoriasis: Back

| 1 | DicloPak (1 Kit) | 2 | FLUOCINONIDE 0.1% CREAM | 3 | MIGRANAL INHALATION KIT | 4 | ORTHO-D VITAMIN SUPPLEMENT |
|---|---|---|---|---|---|---|---|
| | Diclofenac Sod Dr -  75mg<br>Capsaicin Cream  0.03% | | Fluocinonide  0.10% | | Dihydroergotamine  4mg/<br>mesylate  1ml | | Folic Acid  1mg<br>Vitamin D3  3,775 IU |
| | Take 1 tablet of<br>Diclofenac by mouth<br>twice daily and apply<br>Penetral cream to<br>affected area(s) 3 to 4 | | Apply thin layer of cream<br>topically to the affected area(s)<br>once to twice daily. | | Use 1 spray in each<br>nostril, wait 15 minutes,<br>then use 1 additional<br>spray in each nostril<br>(total of 4 sprays/day). | | Take 1 capsule by mouth daily. |
| | Qty: 1 kit/30 days | | Qty: 240gm/ 30 days | | Qty: 1 Kit (8ml)/30 days | | Qty: 30 capsules/30 days |
| 5. | RELADOR KIT | 6 | LIDOCAINE 5% OINTMENT | 7 | DICLOFENAC 3% GEL | 8 | PUREFOLIX VITAMIN SUPPLEMENT |
| | Lidocaine  2.50%<br>Prilocaine  2.50% | X | Lidocaine  5% | X | Diclofenac Sodium  3% | | Folic Acid  1mg<br>Vitamin D3  5,000 IU |
| | Apply 1 to 2.5 grams to<br>affected area(s) 3 to 4 times<br>daily. | | Apply thin layer of cream topically to<br>the affected area(s) once to twice<br>daily. | | Apply 1-2 grams to affected<br>area(s) 3 to 4 times daily. | | Take 1 tablet by mouth daily. |
| | Qty: 2 kits/30 days | 6 | Qty: 240gm/30 days | 6 | Qty: 200gm/30 days | | Qty: 30 tablets/30 days |
| 9 | VANATOL ORAL SOLUTION | 10 | SILAPAK SCAR KIT | 11 | SURGICAL PHARMAPAK | 12 | LEDITRAL PHARMAPAK |
| | Butalbital  50 mg<br>Acetaminophen  325 mg<br>Caffeine  40 mg<br>Alcohol  7-368%<br>PER  15 ml | X | Triamcinolone  0.1%<br>Acetonide Cream  8ogm<br>Dimethicone  0.50%<br>Cream  118ml<br>Silicone Tape  1 roll | | Chlorhexidine  4%/<br>Gluconate  237ml<br>Dimethicone Crm  5.0%/ 118g<br>Mupirocin Oint  2%/22g<br>Silicone Tape  1 roll | | Diclofenac Sodium  1.50%<br>Topical Solution  150ml<br>Capsaicin  0.03%<br>Cream  237 ml |
| | Take 1 to 2 TBSP (15ml-30ml)<br>by mouth every 4 hours as<br>needed. Max 6 TBSP (90ml)<br>/day. | | Apply thin film of Triamcinolone<br>cream & Dimethicone Solution<br>liberally to affected area(s) 2 to 3<br>times daily. Apply tape to scar PRN &<br>remove at least Q24H. | | Wash affected area(s) with<br>Chlorhexidine & apply Mupirocin<br>Ointment TID for 3-5 days. Once<br>healed, apply Dimethicone solution<br>& cover with Silicone tape up to QID.<br>Remove tape Q24H. | | Apply 40 drops (2.5 ml) of Diclofenac<br>Solution & Capsaicin Cream to affected<br>area(s) 3 to 4 times daily.<br>Use 5 minutes apart. |
| | Qty: #946 ml/30 days | 6 | Qty: 1 kit/30 days | | Qty: 1 kit/30 days | | Qty: 1 kit (387 ml)/30 days |
| | | | | | | X | I Authorize The<br>Pharmacy to<br>Substitute The Indicated<br>Formulations Above Based<br>On Insurance Coverage |

| Physician Signature  *Edward Opoku*<br>Edward Opoku (Oct 4/ 2016) | Date:  Oct 4, 2016 |
|---|---|

below:

## OVERT ACT 14

C.R.E.A.M. SCHEME MEMBERS, including but limited to EMILY ANDERSON or HERSHEL TSIKMAN, also prepared easy to complete prescription pads for durable medical equipment (hereinafter "DME RX SHEET") that could be submitted to Cal Gen DME.  As listed below:

**EXHIBIT A**
**71**

EMAILS: 0122

lumbar-Sacral/Spinal Orthosis Prescription Form and Letter of Medical Necessity

| | DDR | 001United |
|---|---|---|

**PATIENT INFORMATION**

| | | |
|---|---|---|
| Patient Name: | Date of Birth: | |
| Address: | | Pant Size - W: |
| Phone # | | |
| Gender: | Height: | Weight: |
| Allergies: | | |

**PATIENT INSURANCE INFORMATION**

| | |
|---|---|
| Carrier Name: | Member ID #: |
| Phone Number | |

Please ensure the Information below is consistent with your patient's medical record.

| LUMBAR SUPPORT -L0650 (OTS) | DIAGNOSIS CODE |
|---|---|

Lumbar sacral orthosis,sagittal coronal control,with rigid anterior and posterior frame/panel(s),posterior extends from sacrococcygeal junctioo to T-9 vertebra, lateral stt ength provided by rigid lateral frame/panel(s),produces intracavitary pressure toreduce load on intefvertebral discs, includes straps,closures,mav include padding, shoulder strap pendulous abdomen design, prefabricated, off the- shelf.

| | Size: | | ITEM # |
|---|---|---|---|
| | X- Small  (23" to 26") | 00356-0631-XS |
| | Small (27" to 30") | 00357-0631-S |
| | Medium (31" to 35") | 00358-0631-M |
| | Large (36" to 40") | 00359-0631-L |
| | X-Large (41" to 44") | 00360-0631-XL |
| | 2X-Large (45" to 48") | 00361-0631-2X |
| | 3X-Large (49" to 53") | 00362-0631-3X |
| | 4X-Large (54" to 59") | 00363-0631-4X |
| | 5X-Large (60" to 65") | 00364-0631-5X |

DIAGNOSIS CODE:
- [X] M54.5 Lower Back Pain
- [ ] M53.3 Sacrococcygeal disorders, not elsewhere classified
- [ ] M50.00 Intervertebral disorder with myek>pathy,cervical regio
- [ ] MSl.66 IntervertebralDisc Disorder with myclopathy -lumbar
- [ ] MSl.26 Other intervertebral disc displacement,lumbar region
- [ ] MSl.27 Other iotervertebral disc displacement,lumbosacral region
- [ ] MSl.)6 Other disc intervertebral degeneration,lumbar region
- [ ] MSl.37 Other intervertebral disc degeneration, lumbosacral region
- [ ] M48.06 Spinal stenosis,lumbar region
- [ ] M54.6 Painintheracic spine,unspecified
- [ ] M47.817 Spendylosis w/o myelopathy or radkulopathy,lumbosacra region
- [ ] S33.5XXA Sprainof ligaments of lumbar spine,initial encounter region
- [ ] Other

| LON: | X | 99 Months | First date patient is authorized to use brace: |
|---|---|---|---|

**STATEMENT OF MEDICAL NECESSITY**

This brace is being ordered as adjunctive therapy in reducing the level of pain and symptoms associated with the above diagnosis, and for the overall Improvement of the patient's quality of life.

| What is your treatment goal(s) for the use ofthe spinal orthosis? | | Spinal Orthosis  is prescribed for the following indication(s) | |
|---|---|---|---|
| X | Improvement in patients pain | X | To reduce pain by restricting mobility of the trunk |

### III.  C.R.E.A.M. SCHEME MEMBERS WOULD PRE-PREPARE FRAUDULENT PRESCRIPTIONS THAT WERE LATER SIGNED BY DOCTORS WHO NEVER COMMUNICATED WITH THE PATIENT AND FAILED TO FOLLOW TELEMEDICAL RULES.

### OVERT ACT 15

In May 2016, ROBERT BREEDLOVE contacted LARS LUNDSTROM offering an opportunity to make more money with his chiropractic practice.

### OVERT ACT 16

LARS LUNDSTROM was offered $1,000 a month to review TARGET VICTIM files to determine if they needed DME BRACES.

### OVERT ACT 17

LARS LUNDSTROM signed a contract with United Marketing Group, owned by JAID GORBAN.

**EXHIBIT A**
**72**

### OVERT ACT 18

The documents were sent to LARS LUNDSTROM weekly through a document service called "DocuSign." The documents came to him completely filled out, it was his responsibility to sign the ones he thought needed DME BRACES and send it back to HERSHEL TSIKMAN.

### OVERT ACT 19

LARS LUNDSTROM was not sure of the legality of this scheme, so ROBERT BREEDLOVE introduced him to HERSHEL TSIKMAN who came to his office to appease the concerns Lundstrom had about the legality of what was planned.  From that point forward, when TARGET VICTIMS complained, including but not limited to receiving DME BRACES they did not want, LARS LUNDSTROM would call HERSHEL TSIKMAN.

### OVERT ACT 20

LARS LUNDSTROM did not contact or speak with any of the TARGET VICTIMS that were referred to him, but only completed a paper review over the internet in violation of medical and telemedical rules.

### OVERT ACT 21

HERSHEL TSIKMAN emailed SVETLANA SAPRONOVA prepared, directed, or submitted FRAUDULENT PRESCRIPTIONS of employees working at Global Marketing.  They sent an email in further of this scheme noting which employees to prepare, submit and bill VICTIM COMPANIES for, noting which are minors and thus should not be used in their scheme.

### OVERT ACT 22

On July 5, 2016, EMILY ANDERSON emailed from her Global Marketing address to HERSHEL TSIKMAN "Attached is the first batch for Enayati.  We are going to send you 300 for Enayati then 300 for Rahimi."

### OVERT ACT 23

On Aug. 9, 2016, ALLEN BALYAN an employee at Cal Gen DME (sent an email to HERSHEL TSIKMAN with the subject line reading "Claims from Call center."  ALLEN BALYAN reported that "On yesterday's email from Emily @4:24 the first file of Deermer (Ankle & Wrist) file was empty as in no file."  This further confirmed that the prescriptions originated from the call center - and that EMILY ANDERSON, under the direction of C.R.E.A.M. SCHEME MEMBERS, moved the prescriptions to the pharmacies and Cal Gen DME.

**EXHIBIT A**
**73**

## OVERT ACT 24

On November 28, 2016, EMILY ANDERSON emailed from her Global Marketing email address to BRIAN SUTTON, IGOR KRASHENNY, and HERSHEL TSIKMAN breaking down sales from November 23, 2016.  In this email, she explained how she fraudulently re-scripted prescriptions writing "94 Blank Doctor Rescripts under Opoku."

## OVERT ACT 25

On January 2, 2017, EMILY ANDERSON emailed from her Global Marketing email address to BRIAN SUTTON, IGOR KRASHENNY, HERSHEL TSIKMAN and others breaking down the sales of hundreds of DME BRACES and creams from December 26 to December 30th, 2016.  In this email she admitted to preparing FRAUDULENT PRESCRIPTIONS.  She wrote, "529 Verified under Lundstrom" under the heading: "Braces to be Sent – will be sent tomorrow (It took me all day to make compound scripts)."  In other words, EMILY ANDERSON spent "all day" preparing FRAUDULENT PRESCRIPTIONS in LARS LUNDSTROM'S name for patients he had never seen.

## OVERT ACT 26

Further, EMILY ANDERSON prepared blank prescriptions for already concluded sales awaiting the insertion of a doctor's name who had never communicated with the patient.

## OVERT ACT 27

Finally, in early 2017, GLOBAL MARKETING'S MANAGEMENT, including but not limited to BRIAN SUTTON, DAVID BISHOFF, AND HERSHEL TSIKMAN hired EDWARD OPOKU to work a Global Marketing.  At that time, this included the hiring EDWARD OPOKU under the guise of acting as a medical director to oversee other newly hired Nurse Practitioners and Physician Assistants.

## OVERT ACT 28

Before and while working at Global Marketing, EDWARD OPOKU approved FRAUDULENT PRESCRIPTIONS for patients through GLOBAL MARKETING TELEMARKETERS without speaking to the patients.  The top medications prescribed by Dr. Opoku were limited only to those listed on the C.R.E.A.M. RX SHEET, which was a very different list of the top 10 medications prescribed by his peers to the same insurance company Anthem:

**EXHIBIT A**
**74**

| Top 10 Medications Prescribed by Dr. Opoku | Top 10 Medications Prescribed by California General Practitioners |
|---|---|
| LIDOCAINE 5% OINTMENT | METFORMIN HCL 500 MG TABLET |
| VANATOL LQ ORAL SOLUTION | ASPIRIN EC 81 MG TABLET |
| FLUOCINONIDE 0.1% CREAM | AMLODIPINE BESYLATE 5 MG TAB |
| DICLOFENAC SODIUM 3% GEL | VIT D2 1.25 MG (50,000 UNIT) |
| LIDOPRIL 2.5%-2.5% CREAM-DRESS | SIMVASTATIN 20 MG TABLET |
| OMEPRAZOLE DR 20 MG CAPSULE | AZITHROMYCIN 250 MG TABLET |
| CYCLOBENZAPRINE 10 MG TABLET | ATORVASTATIN 20 MG TABLET |
| RELADOR PAK 2.5-2.5% CRM-DRESS | PANTOPRAZOLE SOD DR 40 MG TAB |
| IBUPROFEN 800 MG TABLET | AMLODIPINE BESYLATE 10 MG TAB |
| COMPOUND | METFORMIN HCL 1,000 MG TABLET |

## OVERT ACT 29

C.R.E.A.M. SCHEME MEMBERS, including but not limited to BRIAN SUTTON, HERSHEL TSIKMAN and EDWARD OPOKU, instructed the Nurse Practitioners to speak with patients, but the Nurse Practitioners and Physician Assistants did not have written contracts with Global Marketing and communicated infrequently – sometimes not at all – with EDWARD OPOKU.  They never met with him in person.  He did not supervise them as required under California Business and Profession Code section 3502.

## OVERT ACT 30

Even after hiring EDWARD OPOKU to work at Global Marketing as a medical director, C.R.E.A.M. SCHEME MEMBERS including but not limited to EMILY ANDERSON, BRIAN SUTTON, HERSHEL TSIKMAN, IGOR KRASHENNY, DRS. ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, or JOHN KNIGHT continued to prepare FRAUDULENT PRESCRIPTIONS.

## OVERT ACT 31

In April to May 2017, C.R.E.A.M. SCHEME MEMBERS instructed employees that Global Marketing was changing its name to The Care Group.  Other than the name, the business operated in the exact same manner as before – continuing the massive fraud and money laundering operation of the C.R.E.A.M. SCHEME MEMBERS.

IV. **C.R.E.A.M. SCHEME MEMBERS WOULD PREPARE AND SUBMIT FRAUDULENT PRESCRIPTIONS THAT WERE FORGED USING NAMES OF DOCTORS WHO NEVER APPROVED THE PRESCRIPTIONS AND HAD NOT COMMUNICATED WITH THE TARGET VICTIMS.**

**EXHIBIT A**
**75**

## OVERT ACT 32

Sometime in 2016, ROBERT BREEDLOVE located Stine Chiropractic. At Stine Chiropractic, Dr. Michael Cruz and Dr. Raychelle Dermer-Kemple were employed as chiropractors. Dr. Stine's group was asked by ROBERT BREEDLOVE to review patient files to determine if the patients needed DME BRACES.

## OVERT ACT 33

Pursuant to ROBERT BREEDLOVE instructions, the group participated in this program for approximately one month and reviewed around 50 patient records. Dr. Cruz personally reviewed approximately 50 files, each included a prefilled-out form titled "[X] Prescription Form and a letter of Medical Necessity." C.R.E.A.M. SCHEME MEMBERS prepared and sent him medical prescriptions forms that he could only approve or disapprove. He could not make edits to the doctor notes, which were written with his name in the heading. He denied all forms that were submitted to him. Ultimately Drs. Stine, Cruz and Deermer-Kemple did not authorize the use of their names for any prescriptions.

## OVERT ACT 34

Beginning on July 19, 2016, however, Dr. Cruz's name was listed on FRAUDULENT PRESCRIPTIONS by C.R.E.A.M. SCHEME MEMBERS seeking reimbursement from different VICTIM COMPANIES, without his knowledge or authorization. This practice continued under November 23, 2016.

## OVERT ACT 35

Over one thousand claims for prescription durable medical equipment were prepared and submitted by C.R.E.A.M. SCHEME MEMBERS in Dr. Deermer-Kemple and Dr. Cruz's names. In Dr. Cruz's name there were $574,372.90 in unauthorized FRAUDULENT PRESCRIPTIONS sent to VICTIM COMPANIES in 760 claims, including but not limited to Anthem, Optum and Cigna, of which $74,714.17 was ultimately paid because of the fraud. In Dr. Deermer-Kemple's name, there were $835,307.06 in unauthorized FRAUDULENT PRESCRIPTIONS sent to the VICTIM COMPANIES in 1,073 claims, including but not limited to Optum, Blue Cross Blue Shield, and Cigna, of which $87,471 was ultimately paid because of the fraud.

**EXHIBIT A**
**76**

## OVERT ACT 36

On July 27, 2016, EMILY ANDERSON emailed from her Global Marketing email address to HERSHEL TSIKMAN regarding DME brace sales.  Attached to her e-mail were prescriptions that were unsigned and pre-completed with the patient's name, prescribing DME braces, and the name of a doctor (EDWARD OPOKU, Raychelle Deermer-Kemple, and/or Michael Cruz).

## OVERT ACT 37

Later that same day, HERSHEL TSIKMAN emailed EMILY ANDERSON and DANE CHRISTIANSEN to instruct Global Marketing to switch from using EDWARD OPOKU'S name on FRAUDULENT PRESCRIPTIONS to Dr. Raychelle Deermer-Kemple and Dr. Michael Cruz.

## OVERT ACT 38

Dr. Michael Stine confronted HERSHEL TSIKMAN about patients receiving DME braces that they did not want and stated that he felt that the program was about a DME company trying to make a profit.  HERSEL TSIKMAN responded to Dr. Stine's complaint.  As a result, Dr. Stine terminated his group's agreement with C.R.E.A.M. SCHEME MEMBERS.

**V.    PHARMACIES WERE PURCHASED BY C.R.E.A.M. SCHEME MEMBERS AND MUTATED INTO MILLS FOR FULLFILLING FRADULENT PRESCRIPTIONS FOR PAIN CREAMS AND DURABLE MEDICAL EQUIPMENT SOLD TO TARGET VICTIMS BY GLOBAL MARKETING.**

## OVERT ACT 39

To further their scheme, C.R.E.A.M. SCHEME MEMBERS purchased and began to operate pharmacies to receive and fulfill FRAUDULENT PRESCRIPTIONS that were prepared by other C.R.E.A.M. SCHEME MEMBERS.  Per Secretary of State Records and financial business records, the pharmacy ownership information was the following:

- ALEX GOLDMAN/FELIX LANTSMAN: VAN NUYS PHARMACY
- CHRISTIAN HAINKA: VALLEY MARKET PHARMACY
- MARINA ALEKSEYEVA: TRUE CHOICE PHARMACY
- RENEE ROSENBERG-ELPERIN: FIRST CHOICE PHARMACY
- ILYA ZIKNER: FAMILY CARE PHARMACY

(hereinafter "MUTANT PHARMACIES")

**EXHIBIT A**
**77**

## OVERT ACT 40

The C.R.E.A.M. SCHEME MEMBERS operated the respective MUTANT PHARMACIES during the dates listed below:



Dates obtained from the CA Board of Pharmacy

## OVERT ACT 41

Once the C.R.E.A.M. SCHEME MEMBERS purchased a pharmacy, the pharmacy would mutate from legal to illegal operations - failing to serve hardly any legitimate or legal purpose.

## OVERT ACT 42

OLEG PILLER facilitated the purchase and set up the operations of the MUTANT PHARMACIES.

## OVERT ACT 43

After FRAUDULENT PRESCRIPTIONS were prepared by C.R.E.A.M. SCHEME MEMBERS and (whether they were approved or not approved), the FRAUDULENT PRESCRIPTIONS were submitted to the MUTANT PHARMACIES at the direction and by C.R.E.A.M. SCHEME MEMBERS, including but not limited to EMILY ANDERSON, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, JOHN KNIGHT, BRIAN SUTTON, or HERSHEL TSIKMAN.

### OVERT ACT 44

MUTANT PHARMACIES under direction of C.R.E.A.M. SCHEME MEMBERS would fulfill the FRAUDULENT PRESCRIPTIONS.  Most TARGET VICTIMS, upon receiving the products in the mail, neither recognized the doctor's name nor the originating business or pharmacy named on the prescription.

### OVERT ACT 45

When RENEE ROZENBERG-ELPERIN became the President of First Choice Pharmacy on September 28, 2015, she directed that the prescription types change to items listed on C.R.E.A.M. RX SHEET after October 15, 2015 to certain specific pain medications.  This is supported by data provided by AETNA of FIRST CHOICE PHARMACY.

### OVERT ACT 46

ALEX GOLDMAN took over VAN NUYS PHARMACY in February 2016 and directed the prescription types to change to items listed on C.R.E.A.M. RX SHEET (per AETNA).  Also, RAHIMI and ENYATI began having FRAUDULENT PRESCRIPTIONS fulfilled at a location they did not use the previously.  Indeed, billing from VAN NUYS PHARMACY to AETNA changed from $15,334.11 (the last quarter of 2015) to $244,603.50 (between 3/1/16 to 3/28/16).

### OVERT ACT 47

C.R.E.A.M. SCHEME MEMBERS and employees at the MUTANT PHARMACIES operated businesses that had no other legitimate purpose other than to fulfill the FRAUDULENT PRESCRIPTIONS.  Indeed, in many of the pharmacies were not stocked like normal pharmacies. (e.g. limited supply of common over-the-counter drugs like Tylenol).  Indeed, the purchase of over-the-counter drugs was so rare that at one location that the employees were unable to work the cash register.

### OVERT ACT 48

C.R.E.A.M. SCHEME MEMBERS, including but not limited to JAMIE WOLFE and SVETLANA SAPRONOVA, through the MUTANT PHARMACIES would then bill the VICTIM COMPANIES multiple times more the cost of the cream or DME BRACES.  Here are examples:

**EXHIBIT A**
**79**

| Invoice Date | Medication | Pharmacy | Price per unit | Approx. Avg. Carrier Charged |
|---|---|---|---|---|
| 12/7/15 | Diclofenac Sod. Topical Sol 1.5% | First Choice | $235.00 | $1,350.00 |
| 3/25/16 | Vanatol LQ 16oz | First Choice | $699.00 | $3,484.51 |
| 4/1/16 | Diclofenac Sod. Topical Sol 1.5% | First Choice | $100.00 | $1,350.00 |
| 11/4/16 | Lidocaine Ointment 5% | First Choice | $250.00 | $1,828.25 |
| 11/4/16 | Diclofenac Sod Gel 3% | First Choice | $222.00 | $2,721.73 |
| 1/6/17 | Lidocaine Ointment 5% | Valley Market | $290.00 | $1,828.25 |
| 1/6/17 | Diclofenac Sod. Gel 3% | Valley Market | $222.00 | $2,721.73 |
| 2/1/17 | Diclofenac Sod. Gel 3% | Valley Market | $200.00 | $2,721.73 |
| 2/1/17 | Lidocaine Ointment 5% | Valley Market | $350.00 | $1,828.25 |
| 2/1/17 | Fluocinonide 0.1% | Valley Market | $200.00 | $4,704.49 |
| 2/22/17 | Lidocaine Ointment 5% | Valley Market | $150.00 | $1,828.25 |
| 2/22/17 | Diclofenac Sod. Gel 3% | Valley Market | $145.00 | $2,721.73 |

## VI.  DURING THE TIME THAT C.R.E.A.M SCHEME MEMBERS OPERATED THE MUTANT PHARMACIES, THEY BILLED THE VICTIM COMPANIES MILLIONS IN FRAUDULENT PRESCRIPTIONS.

### OVERT ACT 49

C.R.E.A.M SCHEME MEMBERS directed the MUTANT PHARMACIES AND Cal Gen DME to bill ANTHEM for all prescriptions for $10,393,157.47 and the amount paid by ANTHEM for all prescriptions was $4,237,599.49.

Total billings of substances matching those listed on the C.R.E.A.M. RX SHEET accounted for $10,287,336.95 with payment of $4,171,828.71.

**EXHIBIT A**
**80**

### OVERT ACT 50

C.R.E.A.M SCHEME MEMBERS directed the MUTANT PHARMACIES AND Cal Gen DME to bill AETNA for all prescriptions for $11,072,488.56 and the amount paid by AETNA for all prescriptions was $9,171,217.37.

Total billings of substances matching those listed on the C.R.E.A.M. RX SHEET accounted for $10,247,329.22 with payment of $8,521,757.40

### OVERT ACT 51

C.R.E.A.M SCHEME MEMBERS directed the MUTANT PHARMACIES AND Cal Gen DME to bill BLUE CROSS BLUE SHIELD for all prescriptions for $21,316,041.32 and the amount paid by BLUE CROSS BLUE SHIELD for all prescriptions was $10,624,707.37.

Total billings of substances matching those listed on the C.R.E.A.M. RX SHEET accounted for $21,286,193.10 with payments of $10,609,841.09.

### OVERT ACT 52

C.R.E.A.M SCHEME MEMBERS directed the MUTANT PHARMACIES AND Cal Gen DME to bill OPTUM for all prescriptions for $5,950,998.48 and the amount paid by OPTUM for all prescriptions was $5,296,427.55.

Total billings of substances matching those listed on the C.R.E.A.M. RX SHEET accounted for $4,706,979.51 with payment of $4,424,045.38.

### OVERT ACT 53

C.R.E.A.M SCHEME MEMBERS directed the MUTANT PHARMACIES AND Cal Gen DME to bill EXPRESS SCRIPTS for all prescriptions for $11,838,712.73 and the amount paid by EXPRESS SCRIPTS for all prescriptions was $6,520,202.88.

Total billings of substances matching those listed on the C.R.E.A.M. RX SHEET accounted for $11,758,599.55 with payment of $6,471,327.09.

## OVERT ACT 54

C.R.E.A.M SCHEME MEMBERS directed the MUTANT PHARMACIES AND Cal Gen DME to bill CIGNA for all prescriptions for $2,446,263.18 and the amount paid by CIGNA for all prescriptions was $374,577.41.

Total billings of substances matching those listed on the C.R.E.A.M. RX SHEET accounted for $1,443,951.80 with payments of $367,378.28.

## OVERT ACT 55

C.R.E.A.M SCHEME MEMBERS directed the MUTANT PHARMACIES AND Cal Gen DME to bill CVS CAREMARK for all prescriptions for $18,754,219.75 and the amount paid by CVS CAREMARK for all prescriptions was $18,857,538.81.

Total billings of substances matching those listed on the C.R.E.A.M. RX SHEET accounted for $15,617,552.89 with payments of $15,670,067.36.

## VII.   C.R.E.A.M. SCHEME MEMBERS ATTEMPTED TO MASK THEIR OWNERSHIP, OPERATION AND FINANCIAL CONNECTIONS TO GLOBAL MARKETING AND THE PHARMACIES.

## OVERT ACT 56

C.R.E.A.M. SCHEME MEMBERS incorporated numerous companies to create a layer of anonymity and to further their criminal conspiracy.  C.R.E.A.M. SCHEME MEMBERS formed these corporate entities to mask the true ownership and movements of money to and from Global Marketing.

FRANCESCA SUTTON served as Agent of Service for SDL Services Group Corp (May 3, 2016); The Care Group (January 30, 2017, October 17, 2017): Wilshire Marketing Group Inc. (February 13, 2017); Worldwide Leads, Inc. (May 19, 2016, January 20, 2017); Sigma Universal Service Corp, BS Solutions LLC (October 4, 2017).

## OVERT ACT 57

C.R.E.A.M. SCHEME MEMBERS opened corresponding bank accounts in their respective corporate names.  The purpose of opening corporate bank accounts was to further mask the movement of money to and from Global Marketing.

**EXHIBIT A**
**82**

## OVERT ACT 58

ROMAN KARDONSKIY and ALEX GOLDMEN opened corporate bank accounts for Global Marketing, as listed below:

| Bank | Account Number | Signature Card | Date Opened |
|------|---------------|----------------|-------------|
| JP Morgan Chase | ■5191 | ROMAN KARDONSKIY | 7/8/2016 |
| JP Morgan Chase | ■6397 | ROMAN KARDONSKIY | 7/8/2016 |
| JP Morgan Chase | ■2552 | ROMAN KARDONSKIY | 7/8/2016 |
| Wells Fargo | ■9934 | ALEX GOLDMEN AND ROMAN KARDONSKIY1 | 5/26/2016 |
| Wells Fargo | ■3791 | ALEX GOLDMEN AND ROMAN KARDONSKIY | 5/26/2016 |
| Wells Fargo | ■0937 | ALEX GOLDMEN AND ROMAN KARDONSKIY | 5/26/2016 |
| Wells Fargo | ■8483 | ALEX GOLDMEN AND ROMAN KARDONSKIY | 5/26/2016 |
| Wells Fargo | ■9364 | ALEX GOLDMEN AND ROMAN KARDONSKIY | 5/26/2016 |
| JP Morgan Chase | ■6397 | ROMAN KARDONSKIY | 5/14/2016 |
| JP Morgan Chase | ■2552 | ROMAN KARDONSKIY | 5/14/2015 |
| JP Morgan Chase | ■5191 | ROMAN KARDONSKIY | 5/14/2015 |

## OVERT ACT 59

HERSHEL TSIKMAN prepared a spreadsheet listing the different corporations owned or operated by himself and other C.R.E.A.M. SCHEME MEMBERS to facilitate the complex conspiracy, as listed below:

---

[1] *(9934) Goldmen removed on 5/26/16 see WF Docs:2799
*(3791) Goldmen removed on 5/26/16 see WF Docs: 2801
*(0937) Goldmen removed on 5/26/16 see WF Docs:2803
*(8483) Goldmen removed on 5/26/16 see WF Docs:2805
*(9364) Goldmen removed on 5/26/16 see WF Docs:2810

**Hershel Tsikman**
**Entities, filings  and Due Dates**

| Entity | Line of Business | Ownership | Responsible for Books | Accountant | Formation date |
|---|---|---|---|---|---|
| Advantage Concierge Services Inc | Marketing co | Hershel | Hershel | La Bus Cons | 1/19/2016 |
| California Gen Medical Group Inc | Med Supplies | Hershel | Hershel ??? | Mom ? | 2/11/2016 |
| | | | ershel ??? | La Bus Cons | 5/3/2016 |
| | | | ershel | Mom | 1/8/2016 |
| | | | ershel | La Bus Cons | 11/5/2014 |
| | | | ershel | La Bus Cons | 11/5/2014 |
| | | | ?? | ??? | SHOULD WE I |
| | | | ?? | La Bus Cons | 7/25/2016 |
| | | | ?? | La Bus Cons | 4/20/2016 |
| | | | ima | La Bus Cons | 3/14/2016 |
| | | | oris | La Bus Cons | 10/24/2016 |

Emails: 1036

VIII.  **C.R.E.A.M. SCHEME MEMBERS SENT LARGE AMOUNT OF MONEY VIA WIRE TRANSFERS IN ORDER TO PROMOTE, MANAGE, ESTABLISH, CARRY ON, OR FACILITATE THE PROMOTION, MANAGEMENT, ESTABLISHMENT, OR CARRYING ON OF CRIMINAL ACTIVITIES, OR KNEW THAT THE MONETARY INSTRUMENT REPRESENTED THE PROCEEDS OF, OR WAS DERIVED DIRECTLY OR INDIRECTLY FROM THE PROCEEDS OF, CRIMINAL ACTIVITY.**

## OVERT ACT 60

ROMAN KARDONSKIY and ALEX GOLDMEN used the Global Marketing bank accounts to receive illicit funds from the MUTANT PHARMACIES.

## EXHIBIT A
## 84

### OVERT ACT 61

ROMAN KARDONSKIY and ALEX GOLDMEN used the money received by the MUTANT PHARMACIES to pay Global Marketing business expenses, including ADP payroll, lead generating third parties, kick-backs to medical professionals (including office staff), or make large payouts to C.R.E.A.M. SCHEME MEMBERS who helped operate the conspiracy.

### OVERT ACT 62

C.R.E.A.M. SCHEME MEMBERS transferred millions of dollars in monetary instruments to and from Global Marketing to promote or facilitate their criminal activity.

### OVERT ACT 63

C.R.E.A.M. SCHEME MEMBERS transferred millions of dollars in monetary instruments through their corporate bank accounts knowing that the monetary instruments represented the proceeds indirectly or directly derived from the proceeds of criminal activity.  Often these payments took the form of electronic wires, which violates California money laundering laws.

### OVERT ACT 64

C.R.E.A.M. SCHEME MEMBERS used this money to make personal purchases worth millions of dollars, knowing that the money came from illegal proceeds.

### OVERT ACT 65-72 (Global Marketing JPMC Account ending in 5191)

### OVERT ACT 65

Between September 8, 2016 and September 30, 2016, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $147,716 from DDBS Enterprises Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 66

Between October 6, 2016 to October 26, 2016, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $197,434 from DDBS Enterprises Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 67

Between November 3, 2016 to November 30, 2016, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $176,991 from DDBS Enterprises Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 68

Between December 5, 2016 to December 29, 2016, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $278,660 from DDBS Enterprises Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 69

Between January 5, 2017 to January 27, 2017, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $380,605 from DDBS Enterprises Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 70

Between February 2, 2017 to February 24, 2017, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $917,811 from DDBS Enterprises Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 71

On or about March 2, 2017, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $75,000 from DDBS Enterprises Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 72-77 (Global Marketing JPMC Account ending in 5191)

### OVERT ACT 72

Between September 6, 2016 to September 28, 2016, ILYA ZIKNER wired $148,844 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**EXHIBIT A**
**86**

## OVERT ACT 73

Between October 4, 2016 to October 26, 2016, ILYA ZIKNER wired $352,197 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

## OVERT ACT 74

Between November 2, 2016 to November 29, 2016, ILYA ZIKNER wired $246,456 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

## OVERT ACT 75

Between December 6, 2016 to December 27, 2016, ILYA ZIKNER wired $232,779 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

## OVERT ACT 76

Between January 3, 2017 to January 31, 2017, ILYA ZIKNER wired $351,820 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

## OVERT ACT 77

Between February 2, 2017 to February 28, 2017, ILYA ZIKNER wired $248,380 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

## OVERT ACT 78-83 (Global Marketing JPMC Account ending in 5191)

## OVERT ACT 78

Between September 6, 2016 to September 19, 2016, RENEE ROZENBERG-ELPERIN wired $45,000 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

## OVERT ACT 79

Between October 4, 2016 to October 26, 2016, RENEE ROZENBERG-ELPERIN wired $430,683 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**EXHIBIT A**
**87**

### OVERT ACT 80

Between November 2, 2016 to November 17, 2016, RENEE ROZENBERG-ELPERIN wired $124,806 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 81

On or about December 21, 2016, RENEE ROZENBERG-ELPERIN wired $20,000 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 82

Between January 5, 2017 to January 26, 2017, RENEE ROZENBERG-ELPERIN wired $198,148 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY Global Marketing JPMC Account ending in 5191.

### OVERT ACT 85-87 (Global Marketing JPMC Account ending in 5191)

### OVERT ACT 83

Between December 1, 2016 to December 23, 2016, MARINA ALEKSEYEVA wired $163,483 from True Choice RX, Inc. dba True Choice Pharmacy JPMC Account ending in 3229 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 84

Between January 11, 2017 to January 26, 2017, MARINA ALEKSEYEVA wired $138,937 from True Choice RX, Inc. dba True Choice Pharmacy JPMC Account ending in 3229 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 85

Between February 9, 2017 to February 15, 2017, MARINA ALEKSEYEVA wired $62,500 from True Choice RX, Inc. dba True Choice Pharmacy JPMC Account ending in 3229 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**EXHIBIT A**
**88**

**OVERT ACT 86-90 (Global Marketing JPMC Account ending in 5191)**

**OVERT ACT 86**

Between September 16, 2016 to September 28, 2016, HERSHEL TSIKMAN wired $87,494 from California General Medical Group Inc Bank of America Account ending in 4226 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**OVERT ACT 87**

Between October 4, 2016 to October 26, 2016, HERSHEL TSIKMAN wired $87,000 from California General Medical Group Inc Bank of America Account ending in 4226 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**OVERT ACT 88**

Between November 1, 2016 to November 30, 2016, HERSHEL TSIKMAN wired $122,770 from California General Medical Group Inc Bank of America Account ending in 4226 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**OVERT ACT 89**

Between December 8, 2016 to December 12, 2016, HERSHEL TSIKMAN wired $10,000 from California General Medical Group Inc Bank of America Account ending in 4226 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**OVERT ACT 90**

Between January 6, 2017 to January 31, 2017, HERSHEL TSIKMAN wired $40,439 from California General Medical Group Inc Bank of America Account ending in 4226 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**OVERT ACT 91 (Global Marketing JPMC Account ending in 5191)**

Between February 2, 2017 to February 23, 2017, CHRISTIAN HAINKA wired $152,019 from VM Rx Inc. dba Valley Market Pharmacy JPMC Account ending in 3395 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

**EXHIBIT A**
**89**

### OVERT ACT 92 (Global Marketing JPMC Account ending in 5191)

On or about February 24, 2017, HERSHEL TSIKMAN and VLADIMIR TSIKMAN wired $85,000 from Chabado Genomics Inc Bank of America Account ending in 0741 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 93 (Global Marketing JPMC Account ending in 5191)

On or about February 2, 2017, HERSHEL TSIKMAN wired $16,000 from Wilshire Marketing Group Inc Bank of America Account ending in 4190 to ROMAN KARDONSKIY at Global Marketing JPMC Account ending in 5191.

### OVERT ACT 94-96 (GMRG Wells Fargo account 9934)

### OVERT ACT 94

On or about May 26, 2016, FELIX LANTSMAN wired $35,000 from Van Nuys Rx Inc JPMC Account ending in 0632 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 95

Between June 1, 2016 to June 29, 2016, FELIX LANTSMAN wired $1,400,191 from Van Nuys Rx Inc JPMC Account ending in 0632 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 96

Between July 6, 2016 to July 26, 2016, FELIX LANTSMAN wired $573,493 from Van Nuys Rx Inc JPMC Account ending in 0632 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 97-100 (GMRG Wells Fargo account 9934)

### OVERT ACT 97

Between June 1, 2016 to June 28, 2016, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN $113,313 from DDBS Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 98

Between July 6, 2016 to July 28, 2016, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $205,863 from DDBS Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 99

Between August 2, 2016 to August 31, 2016, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $522,518 from DDBS Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 100

On or about September 6, 2016, DAVID SUTTON, JAID GORBAN and HERSHEL TSIKMAN wired $64,988 from DDBS Citibank Account ending in 8011 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 101-105 (GMRG Wells Fargo account 9934)

### OVERT ACT 101

On or about May 26, 2016, RENEE ROZENBERG-ELPERIN wired $35,000 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 102

Between June 1, 2016 to June 28, 2016, RENEE ROZENBERG-ELPERIN wired $122,282 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 103

Between July 6, 2016 to July 27, 2016, RENEE ROZENBERG-ELPERIN wired $235,215 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 104

Between August 3, 2016 to August 17, 2016, RENEE ROZENBERG-ELPERIN wired $283,450 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 105

On or about September 1, 2016, RENEE ROZENBERG-ELPERIN wired $50,000 from First Choice Pharmacy JPMC Account ending in 8077 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 106-107 (GMRG Wells Fargo account 9934)

### OVERT ACT 106

Between August 10, 2016 to August 31, 2016, ILYA ZIKNER wired $247,473 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 107

Between September 2, 2016 to September 6, 2016, ILYA ZIKNER wired $112,500 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 108 (GMRG Wells Fargo account 9934)

On or about August 12, 2016, HERSHEL TSIKMAN wired $85,000 from Wilshire Marketing Group Inc Bank of America Account ending in 4190 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

### OVERT ACT 109-110 (GMRG Wells Fargo account 9934)

### OVERT ACT 109

On or about August 19, 2016, HERSHEL TSIKMAN wired $21,250 from California General Medical Group Inc Bank of America Account ending in 4226 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

**EXHIBIT A**
**92**

## OVERT ACT 110

On or about September 6, 2016, HERSHEL TSIKMAN wired $21,250 from California General Medical Group Inc Bank of America Account ending in 4226 to ROMAN KARDONSKIY at Global Marketing Wells Fargo Account ending in 9934.

## OVERT ACT 111 (GMRG Wells Fargo account *5191 payment to WorldWide Leads)

On or about March 6, 2017, ROMAN KARDONSKIY wired $45,000 from Global Marketing JPMC Account ending in 5191 to BRIAN SUTTON at WorldWide Leads Bank of America Account ending in 6991.

## OVERT ACT 112 (GMRG Wells Fargo account *9934 payment to WorldWide Leads)

On or about June 3, 2016, ROMAN KARDONSKIY wired $316,993 from Global Marketing Wells Fargo Account ending in 9934 to BRIAN SUTTON and IGOR KRASHENNY at WorldWide Leads Bank of America Account ending in 6450.

## IX.  C.R.E.A.M. SCHEME MEMBERS HAD DIRECT DAY-TO-DAY AND FINANCIAL CONTROL OVER AND INVESTMENTS IN GLOBAL MARKETING, THE MUTANT PHARMACIES, CAL GEN DME AND THE CARE GROUP.

### A. Global Marketing

## OVERT ACT 113

On May 28, 2015, BRIAN SUTTON signed the physical lease agreement for Global Marketing at 20350 Ventura Blvd. Ste 120/140, Woodland Hills CA with, which was amended by BRIAN SUTTON on July 7, 2017.

## OVERT ACT 114

The following C.R.E.A.M. SCHEMEM MEMBERS submitted rental payment checks to RPC Investment, LLC for Global Market's physical leased space:

- DAVID SUTTON through his corporate bank account for Saybian Enterprises 5/29/15;
- BRIAN SUTTON through his corporate bank account for Worldwide Leads 6/1/16, 1/5/17;

**EXHIBIT A**
**93**

- ROMAN KARDONSKIY through his corporate bank account for Global Marketing and The Care Group 8/4/16, 10/4/16, 1/5/17, 3/3/17, 3/3/17, 1/4/18;
- ALEX GOLDMEN through his corporate bank account for Global Marketing 10/5/15, 11/4/2015, 1/5/16, 3/3/16, 3/8/16, 4/5/16, 6/1/16;
- JAID GORBAN through his corporate bank account for United Management Group 7/1/15.

- 

## **OVERT ACT 115**

BRIAN SUTTON was intimately involved with Global Marketing's day-to-day operations, including instructing David Bell, a Global Marketing Manager, to hire more people for Global Marketing and asked why Bell was not conducting more business.

## **OVERT ACT 116**

BRIAN SUTTON and DAVID BISHOFF interviewed potential Global Marketing employees, including Kristen Blackman Davis, who was hired as a Physician's Assistant in late 2016.  BRIAN SUTTON offered her a job reviewing medical records to determine if the prescriptions were warranted. Davis only worked three and a half days as she was never provided with a contract to work under a medical doctor, which is required by her license.  Davis sent her resignation via her Care Group email address to RAMON PAOLO DAVID, a Global Marketing Manager.  RAMON PAOLO DAVID forwarded this resignation to BRIAN SUTTON.  In the first half of that email she wrote, "I would like to submit my resignation and request to receive no payment for services rendered thus far. I have several concerns that have led me to this decision.  First, I have asked multiple times for a signed supervisor agreement and was reassured that it had been completed but I have not received a copy. Additionally, I am not comfortable with approving prescriptions for patients that are not technically patients of my supervising physician (the law states that physician assistants are able to prescribe only to patients of their supervising physician)."

**EXHIBIT A**
**94**

### OVERT ACT 117

DAVID SUTTON, BRIAN SUTTON, AND HERSHEL TSIKMAN instructed employees to forward to them complaints regarding FRAUDULENT PRESCRIPTIONS related to the MUTANT PHARMACIES. For instance, on October 21, 2016, Maggie Roberts who worked for a doctor sent an email to BRIAN SUTTON regarding a TARGET VICTIM'S complaint, writing "Diclofenac and Lidocaine gels arrive with the instructions on the label that they are for use on her dentures (so she got super confused haha). I just wanted to let you know so you could follow up with the pharmacies to be sure they are putting the correct instructions on the labels for the patients." This email was forward by BRIAN SUTTON to DAVID SUTTON, who in turn forwarded it to HERSHEL TSKIMAN.

### OVERT ACT 118

RAMON PAOLO DAVID acted as a call center employee at Global Marketing calling patients. He was later promoted to a manager and was paid by Global Marketing, and later The Care Group, to provided training and act as a manager. RAMON PAOLO DAVID emailed BRIAN SUTTON and HERSHEL TSIKMAN in regards of placing job adds for their other medical laboratories. RAMON PAOLO DAVID's Global Marketing email was paolod@globalmrg.com. He sent and received at least 726 work related emails from this address.

#### B. MUTANT PHARMACIES
##### 1. FIRST CHOICE PHARMCY

### OVERT ACT 119

C.R.E.A.M. SCHEME MEMBERS, including RENEE ROZENBERG-ELPERIN, operated First Choice Pharmacy as a MUTANT PHARMACY from October 2015 to April 2017. Starting in October 2015, it immediately begins billing for FRAULENT PRECRIPTIONS. For instance, from September 1, 2015 to September 15, 2015, First Choice Pharmacy billed Optum $1,411.75. From October 1, 2015 to October 7, 2015, that number rose to $96,750.01.

**EXHIBIT A**
**95**

## OVERT ACT 120

RENEE ROZENBERG-ELPERIN signed checks from First Choice Pharmacies corporate account to the Russian Synagogue, a Property Tax Bill an application for an accreditation contract and the purchase of products for the pharmacy.  She also signed waiver form regarding workers' compensation.  RENEE ROZENBERG-ELPERIN received $117,500 in 2016 from First Choice Pharmacy, per her W-2.  Found at First Choice Pharmacy on computer (9-C-3) is a page from the Policies & Procedures stating the Day-to Day Operations for the pharmacy, dated July 12, 2016.  This document states that the "Owner/President" is in charge of day-to-day operations.  RENEE ROZENBERG is listed as President.  Also found was a form with Renee Rosenberg's name listed as President citing the qualifications and responsibilities of the president of First Choice Pharmacy.

## OVERT ACT 121

RENEE ROZENBERG-ELPERIN opened First Choice's Corporate Bank Account JP Morgan Chase account (8077).  She wired funds to Global Marketing.  She also wired and received illicit funds to and from the banking accounts held by the following C.R.E.A.M. SCHEME MEMBERS:

- Advanced Marketing Service Group: EUGENY KIRZHNER
- Advantage Concierge Services Inc.: HERSHEL TSIKMAN
- AG Marketing: VADIM BELITSKY
- Global Marketing Research Group: ROMAN KARDONSKIY
- K&K Services Group Inc.: JAID GORBAN
- Wilshire Marketing Group Inc.: HERSHEL TSIKMAN
- Sigma Universal Service: IVAN EFREMOV AND JAID GORBAN
- The Best Marketing Choice: VADIM BELITSKY
- The Care Group: ROMAN KARDONSKIY
- United Management Group: JAID GORBAN

## OVERT ACT 122

RENEE ROZENBERG-ELPERIN instructed employees at First Choice Pharmacy to compile daily logs detailing the FRADULENT PRESCRIPTIONS filled, prescribing doctor, patient name and the amount they were to receive from VICTIM COMPANIES per given day.

**EXHIBIT A**
**96**

## OVERT ACT 123

EDWARD OPOKU wrote prescriptions to patients who received Lidocaine or Diclofenac Sodium Gel from First Choice Pharmacy.

## OVERT ACT 124

MARYAM RAHIMI approved FRAUDULENT PRESCRIPTIONS located at First Choice Pharmacy.  The TARGET VICTIMS of these FRAUDULENT PRESECRIPTIONS lived in locations such as Visalia, Clovis, Anderson, and Livermore in Northern California.  Nowhere near the Southern California pharmacy or MARYAM RAHIMI'S office.

## OVERT ACT 125

JAID GORBAN'S maintained an American Express credit card to pay for First Choice Pharmacy costs.  His statements were located at First Choice Pharmacy, which showed that he used the card for personal and business expenses, such as First Choice pharmacy supplies, in violation of money laundering laws.

## OVERT ACT 126

First Choice Pharmacy, under the control C.R.E.A.M. SCHEME MEMBERS billed the VICTIM COMPANIES for filling FRAUDULENT PRESCRIPTIONS causing damages in the following amounts:

| Victim Company | Amount Paid for Fraudulent Prescriptions |
| --- | --- |
| Aetna | $48,032.40 (DME) $3,487,621.56 (CREAMS) |
| Anthem | $1,906,178.93 |
| Blue Shield of CA | $5,031,304.28 (CREAMS) |
| Cigna | $109,512.40 |
| CVS Caremark | $5,860,991.31 |
| Express Scripts | $1,091,281.16 |
| Optum | $2,487,615.90 |
| **Total** | **$20,022,537.94** |

**EXHIBIT A**
**97**

### OVERT ACT 127

C.R.E.A.M. SCHEME MEMBERS funneled illicit proceeds obtained by First Choice Pharmacy from VICTIM COMPANIES for FRAULENT PRESCRIPTIONS back to Global Marketing.

## 2. FAMILY CARE PHARMACY (MAX RX)

### OVERT ACT 128

C.R.E.A.M. SCHEME MEMBERS, including ILYA ZIKNER, operated Family Care Pharmacy as a MUTANT PHARMACY beginning in June 2016.  For instance, from June 1, 2016 to June 8, 2016 it billed Optum $2,048.80.  One month later, Family Care billed Optum 90,294.64 from July 1, 2016 to July 8, 2016.

### OVERT ACT 129

ILYA ZIKNER filed documents with the Secretary of State of California on June 15, 2016 listing himself as the new owner.  ILYA ZIKNER listed himself on internal corporate documents as the President and Pharmacy Clerk.

### OVERT ACT 130

ILYA ZIKNER directed employees of Family Care Pharmacy to create Excel spreadsheets containing patients' names, prescribing doctors, prescribed drugs, amount billed and notes regarding receipt of payments. EDWARD OPOKU prescribed most of the Lidocaine, Vanatol and Diclofenac Sodium at Family Care Pharmacy.

### OVERT ACT 131

C.R.E.A.M. SCHEME MEMBERS, including ILYA ZIKNER, directed the change of Family Care Pharmacy to a MUTANT PHARMACY, in which eighty percent (80%) of the business became fulfillment of prescriptions for creams listed on the C.R.E.A.M RX SHEET.  50 to 60 orders of pain cream prescriptions were processed in an average day.  Patients did not recognize the name of the prescribing doctor nor the pharmacy.

### OVERT ACT 132

C.R.E.A.M. SCHEME MEMBERS, including ILYA ZIKNER, directed employees at Family Care Pharmacy to fulfill C.R.E.A.M RXs for Lidocaine and Diclofenac similar to those found in other pharmacies.  In one such prescription for a patient named Humberto Nanez in San Jose CA., EDWARD OPOKU prescribed Lidocaine and Diclofenac Sodium.

**EXHIBIT A**
**98**

## OVERT ACT 133

C.R.E.A.M. SCHEME MEMBERS directed Family Care Pharmacy employees to bill VICTIM COMPANIES, including but not limited to BCBC, for Vanatol and Diclofenac Sodium, which were prescribed by doctors such as EDWARD OPOKU, ALI ENAYATI, MIRIAM RAHIMI.

## OVERT ACT 134

ILYA ZINKER opened Family Care Pharmacies JP Morgan Chase accounts (7029 and 6850). He wired funds to Global Marketing.  He also wired and received illicit funds to and from banking accounts held the following C.R.E.A.M. SCHEME MEMBERS:

- Advanced Marketing Service Group: EUGENY KIRZHNER

- Advantage Concierge Services Inc.: HERSHEL TSIKMAN

- Global Marketing Research Group: ROMAN KARDONSKIY

- Wilshire Marketing Group Inc.: HERSHEL TSIKMAN

- Sigma Universal Service: IVAN EFREMOV AND JAID GORBAN

- The Best Marketing Choice: VADIM BELITSKY

- The Care Group: ROMAN KARDONSKIY

## OVERT ACT 135

Family Care Pharmacy, under the control C.R.E.A.M. SCHEME MEMBERS fraudulently billed the VICTIM COMPANIES for filling FRAUDULENT PRESCRIPTIONS causing damages in the following amounts:

| Aetna | $399,332.95 |
|---|---|
| Anthem | $0.00 |
| Blue Shield of CA | $1,420,331.77 |
| Cigna | $0.00 |
| CVS Caremark | $805,123.01 |
| Express Scripts | $2,696,068.73 |
| Optum | $1,152,275.57 |
| **Total** | **$6,473,132.03** |

**EXHIBIT A**
**99**

## OVERT ACT 136

C.R.E.A.M. SCHEME MEMBERS funneled illicit proceeds obtained by Family Care Pharmacy from VICTIM COMPANIES for FRAULENT PRESCRIPTIONS back to Global Marketing.

### 3. **TRUE CHOICE PHARMACY**

## OVERT ACT 137

C.R.E.A.M. SCHEME MEMBERS, including MARINA ALEKSEYEVA, operated True Choice Pharmacy as a MUTANT PHARMACY beginning in October 2016.  C.R.E.A.M. SCHEME MEMBERS, including MARINA ALEKSEYEVA, would bill VICTIM COMPANIES well over ten times the amount of money billed pre-acquisition of True Choice Pharmacy.

## OVERT ACT 138

On May 11, 2016, MARINA ALEKSEYEVA incorporated True Choice Pharmacy as True Choice RX, Inc.  She listed herself as the CEO, CFO and Secretary.  She issued stock certificates for True Choice RX, Inc. for 10,000 shares in her own name.  She prepared a bill of sale on September 28, 2016 and purchased True Choice from a prior ownership group.  On October 18, 2016, she listed herself with the Pharmacy Board as the CEO.

## OVERT ACT 139

C.R.E.A.M. SCHEME MEMBERS, including MARINA ALEKSEYEVA, directed True Choice Pharmacy employees to do the following:

- Fill fifty to sixty tubes of cream listed on the C.R.E.A.M RXs per day;
- Mail creams to the patients;
- Attach to each prescription a sticker with the patient's name, date of birth and where the patient lived because these were shipped to the patient's residence;
- Call the patients to verify the prescription;
- Cancel the prescriptions if the patient did not know about the prescription.

## OVERT ACT 140

C.R.E.A.M. SCHEME MEMBERS, including MARINA ALEKSEYEVA, directed employees to maintain two spreadsheets for Van Nuys Pharmacy detailing the amount billed to insurance carriers and the amount they were still owed on a True Choice Pharmacy computer.

**EXHIBIT A**
**100**

## OVERT ACT 141

On April 22, 2009, MARINA ALEKSEYEVA opened a JP Morgan Chase (former Washington Mutual) account ending in 9431.  MARINA ALEKSEYEVA reported her employer as McWhiter Distributing, the same company where DAVID SUTTON and SVETLANA SAPRONOVA were in management roles.

## OVERT ACT 142

MARINA ALEKSEYEVA paid SVETLANA SAPRONOVA $11,869.53 per JP Morgan Chase Bank account documents ending in 9431.  SVETLANA SAPRONOVA was not listed as an employee on the True Choice Pharmacy EDD account.

## OVERT ACT 143

MARINA ALEKSEYEVA operated bank accounts ending in 3229, 9431 and 2118.  She wired and received illicit funds to and from the banking accounts held by the following C.R.E.A.M. SCHEME MEMBERS:

- Advanced Marketing Service Group: EUGENY KIRZHNER
- Advantage Concierge Services Inc.: HERSHEL TSIKMAN
- Global Marketing Research Group: ROMAN KARDONSKIY
- Wilshire Marketing Group Inc.: HERSHEL TSIKMAN
- Sigma Universal Service: IVAN EFREMOV AND JAID GORBAN
- The Best Marketing Choice: VADIM BELITSKY
- The Care Group: ROMAN KARDONSKIY
- 

## OVERT ACT 144

True Choice Pharmacy, under the control of C.R.E.A.M. SCHEME MEMBERS billed the VICTIM COMPANIES for filling FRAUDULENT PRESCRIPTIONS causing damages in the following amounts:

| | |
|---|---|
| Aetna | $203,326.03 |
| Anthem | $251,925.65 |
| Blue Shield of CA | $450,188.35 |
| Cigna | $120,920.56 |
| CVS Caremark | $1,224,394.37 |
| Express Scripts | $991,703.80 |
| Optum | $440,499.31 |
| **Total** | **$3,682,958.07** |

## OVERT ACT 145

C.R.E.A.M. SCHEME MEMBERS funneled illicit proceeds obtained by True Choice Pharmacy from VICTIM COMPANIES for FRAULENT PRESCRIPTIONS back to Global Marketing.

### 4. Valley Market Pharmacy (VM RX INC.)

## OVERT ACT 146

C.R.E.A.M. SCHEME MEMBERS, including CHRISTIAN HAINKA, purchased and operated VM RX INC. (hereinafter Valley Market) as a MUTANT PHARMACY beginning in December of 2016, filling almost exclusively prescriptions for Diclofenac Sodium and Lidocaine. For instance, between February 4, 2016 and December 14, 2016 (eight months), Valley Market filled approximately 290 prescriptions. During that time, no insurance company paid more than $1000 per billed item. Yet, from December 15, 2016 to May 25, 2017 (six months), Valley Market filled over 1800 prescriptions, and insurance companies paid more than $1000 per billed item on approximately 1400 prescriptions.

**EXHIBIT A**
**102**

### OVERT ACT 147

FRANCESCA SUTTON, an attorney, wrote a letter stating that she represented CHRISTIAN HAINKA regarding the purchase of Valley Market. She addressed this letter to Ross K Reghabi at the Southern California Law Group who represented the seller and former owner Nahal Bahrampour.  On May 26, 2016, CHRISTIAN HAINKA listed himself as the owner Valley Market in Articles of Incorporation filed with the California Secretary of State.  On December 1, 2016CHRISTIAN HAINKA himself as having 100% of the pharmacy ownership with the Department of Consumer Affairs, Pharmacy Board.

### OVERT ACT 148

On March 18, 2018, Xpress Scripts provided their billing data along with complaints they received from their members regarding these pharmacies.  On the Provider Certification, CHRISTIAN HAINKA responded that they "open door retail/community" pharmacy and are not a mail order pharmacy, which was not true.

### OVERT ACT 149

C.R.E.A.M. SCHEME MEMBERS, including CHRISTIAN HAINKA, used the same or similar C.R.E.A.M. RX SHEET at Valley Market as those used at First Choice Pharmacy, True Choice Pharmacy, and Family Care RX.

### OVERT ACT 150

C.R.E.A.M. SCHEME MEMBERS at Valley Market maintained "Daily Reports" listing the patient, doctor, drug, quantity, amount paid and insurance company of the prescriptions issued by day. Most of the prescriptions were for Lidocaine and Diclofenac creams and prescribed by EDWARD OPOKU.

**EXHIBIT A**
**103**

## OVERT ACT 151

C.R.E.A.M. SCHEME MEMBERS, including CHRISTIAN HAINKA, directed employees at Valley Market to mail the creams to patients and include a "Rx Delivery Receipt" to be signed and returned.  Below are three examples of comments on these forms from TARGET VICTIMS:

- "Please do not send me this gel anymore (Diclofenac Sodium 3%)."
- "Did not ask for this medication Do not want it."
- "Thank you for sending the creams for pain. I only ask that you please not send me anymore Lidocaine 5% ointment. I have 13 tubes of this cream and have no use for all of it."

## OVERT ACT 152

CHRISTIAN HAINKA opened a JP Morgan Chase account ending in 3395 for Valley Market. He wired and received illicit funds to and from the banking accounts held by to the following C.R.E.A.M. SCHEME MEMBERS:

- Advanced Marketing Service Group: EUGENY KIRZHNER
- Global Marketing Research Group: ROMAN KARDONSKIY
- Wilshire Marketing Group Inc.: HERSHEL TSIKMAN
- Sigma Universal Service: IVAN EFREMOV AND JAID GORBAN
- The Best Marketing Choice: VADIM BELITSKY
- The Care Group: ROMAN KARDONSKIY

## OVERT ACT 153

Valley Market, under the control C.R.E.A.M. SCHEME MEMBERS billed the VICTIM COMPANIES for filling FRAUDULENT PRESCRIPTIONS causing damages in the following amounts:

| | |
|---|---|
| Aetna | $256,966.45 |
| Anthem | $499,890.12 |
| Blue Shield of CA | $879,971.93 |
| Cigna | $34,609.67 |

**EXHIBIT A**
**104**

| | |
|---|---|
| CVS Caremark | $960,675.74 |
| Express Scripts | $1,174,486.93 |
| Optum | $17,876.59 |
| **Total** | **$3,824,477.43** |

### OVERT ACT 154

C.R.E.A.M. SCHEME MEMBERS funneled illicit proceeds obtained by Valley Market from VICTIM COMPANIES for FRAULENT PRESCRIPTIONS back to Global Marketing.

5. **Van Nuys RX Pharmacy**

### OVERT ACT 155

C.R.E.A.M. SCHEME MEMBERS, including ALEX GOLDMEN and FELIX LANTSMAN operated Van Nuys RX as a MUTANT PHARMACY from February 22, 2016 to November 14, 2016. For instance, from December 1, 2015 to January 31, 2016, Van Nuys RX billed Aetna $22,208.47. Once C.R.E.A.M. SCHEME MEMBERS took over ownership that number changed dramatically. From March 1, 2016 to March 28, 2016, C.R.E.A.M. SCHEME MEMBERS, including ALEX GOLDMEN and FELIX LANTSMAN, billed Aetna $244,603.50.

### OVERT ACT 156

On February 22, 2016, ALEX GOLDMEN filed a Statement of Information listing himself as President, CEO, Secretary and CFO.  On May 24, 2016, FELIX LANTSMAN filed a Statement of Information listing himself as President, CEO, Secretary and CFO of Van Nuys Pharmacy.  On November 14, 2016, FELIX LANTSMAN filed a Certificate of Dissolution.

### OVERT ACT 157

C.R.E.A.M. SCHEME MEMBERS, including ALEX GOLDMEN and FELIX LANTSMAN, began billing BCBS almost exclusively for items listed on the C.R.E.A.M. RX SHEET.  Previously, from October 2015 to January 2016, Van Nuys Pharmacy filled prescriptions for drugs such as antifungals, penicillin and other common drugs and billed Blue Cross Blue Shield Patients.  These prescriptions were for BCSC members located in Los Angeles County.

**EXHIBIT A**
**105**

**OVERT ACT 158**

By May 2016, MARYAM RAHIMI wrote hundreds of prescriptions per month for Lidocaine and Vanatol HQ that were fulfilled by Van Nuys Pharmacy.

**OVERT ACT 159**

ALEX GOLDMEN opened a JPMC account ending in 2550 for Van Nuys on January 15, 2016. FELIX LANTSMAN added himself to this account on January 25, 2016.  On May 26, 2016, FELIX LANTSMAN listed himself as President for two accounts at JPMC; ending in 2550 and 0632. On this same date, ALEX GOLDMEN removed himself as signer for both accounts.  From these accounts they wired and received illicit funds to and from the banking accounts held by the following C.R.E.A.M. SCHEME MEMBER:

- Global Marketing Research Group: ROMAN KARDONSKIY

In addition to the wire transfers to Global Marketing checks were written to Pharmacy Solutions.

**OVERT ACT 160**

Van Nuys RX, under the control C.R.E.A.M. SCHEME MEMBERS billed the VICTIM COMPANIES for filling FRAUDULENT PRESCRIPTIONS causing damages in the following amounts:

| Aetna | $3,992,735.59 |
|---|---|
| Anthem | $676,750.06 |
| Blue Shield of CA | $2,354,158.93 |
| Cigna | none |
| CVS Caremark | $6,818,882.93 |
| Express Scripts | $517,786.47 |
| Optum | $180,792.21 |
| **Total** | **$14,541,106.19** |

**EXHIBIT A**
**106**

## OVERT ACT 161

C.R.E.A.M. SCHEME MEMBERS funneled illicit proceeds obtained by Van Nuys Pharmacy from VICTIM COMPANIES for FRAULENT PRESCRIPTIONS back to Global Marketing.

### 6. CAL GEN DME

## OVERT ACT 162

HERSHEL TSIKMAN operated Cal Gen DME for the benefit of C.R.E.A.M. SCHEME MEMBERS to prepare, fill and bill for FRAUDULENT DME PRESCRIPTIONS.

## OVERT ACT 163

HERSHEL TSIKMAN started, owned and operated Cal Gen DME at 5455 Wilshire Blvd. Ste 914.  FRANCECSA SUTTON listed herself as the agent of process pursuant to California Secretary of State Documents.

## OVERT ACT 164

ALLEN BALYAN worked at Cal Gen DME.  He was supervised by HERSHEL TSIKMAN. ALLEN BALYAN called patients and instructed them to send their insurance checks to Cal Gen DME. ALLEN BALYAN regularly sent and responded to emails regarding business operations (financial information, prescriptions received, employment status, resignations letters) from other employees at Cal Gen DME, including HERSHEL TSIKMAN and BORIS TRIPOLOSKI.  ALLEN BALYAN also received and forwarded an email to HERSHEL TSIKMAN from Olivia Goodwin, a former employee who resigned after stating concerns with the companies ethical standards, stating she could not longer work for the company "in good conscience."  He also forwarded patient complaints to HERSHEL TSIKMAN and BORIS TRIPOLOSKI.  ALLEN BALYAN received prescriptions from DAVID BISHOFF, who worked at call centers in California and Utah. These prescriptions were sent to BRIAN SUTTON, HERSHEL TSIKMAN, EMILY ANDERSON, Cody Huffman and ALLEN BALYAN.

## OVERT ACT 165

C.R.E.A.M. SCHEME MEMBERS, including HERSHEL TSIKMAN, directed Cal Gen DME employees to:

- Receive FRAUDULENT DME PRESCRIPTIONS from physicians and fill them;
- Check against the TARGET VICTIM'S insurance benefits;
- Use a formula to determine if they would be profitable;

**EXHIBIT A**
**107**

- Sort each into categories of O.K. to bill, non-covered, deductible too high and Medicare/Medicaid;
- Deem profitability and then submit the bill to the VICTIM COMPANIES;
- Then send script to the doctors.
- Bill VICTIM COMPANIES before the FRAUDULENT DME PRESCRIPTIONS were even signed.

### OVERT ACT 166

EDWARD OPOKU, ALI ENYATI, and LARS LUNDSTROM prepared FRAUDLENT PRESCRIPTIONS.  ROBERT BREEDLOVE signed up and paid LARS LUNDSTROM and Dr. Stine's group from his company Physicians Somni Group.

### OVERT ACT 167

VIRGINIA LIN facilitated the fraudulent scheme by working as HERSHEL TSIKMAN'S personal assistant and proxy who was intimately involved with the operation of Cal Gen DME.  If employees could not reach HERSHEL TSIKMAN, they were instructed to call VIRGINIA LIN.

For instance, on December 22, 2016, VIRGINIA LIN emailed HERSHEL TSIKMAN from her Genesis Molecular Labs email addressing how ALLEN BALYAN should handle calls from "investigators" and reduce/resolve patient complaints from FRAUDULENT PRESCRIPTIONS. Genesis Molecular Labs is another C.R.E.A.M. SCHEME MEMBERSHIP company.

On January 5, 2017, she emailed HERSHEL TSIKMAN with her concerns that GLOBAL MARKETING TELEMARKETERS were referring to themselves as "Cal Gen."

### OVERT ACT 168

On January 19, 2016, JAID GORBAN and HERSHEL TSIKMAN opened a Citibank account ███ 8037 for Genesis Molecular Diagnostics.  Genesis Molecular Diagnostics is another C.R.E.A.M. SCHEME MEMBERSHIP company.  HERSHEL TSIKMAN'S maintained W-2's for the employees of Genesis Molecular Diagnostics in his residence.  JAID GORBAN and HERSHEL TSIKMAN transferred approximately $35 million dollars from Account 8037 to DDBS Citibank 8011, which was operated by DAVID SUTTON, JAID GORABAN and HERSHEL TSIKMAN and was then used to fund The Care Group ($7.6 million), American Express ($5.2 million), Advanced Marketing ($4.2 million), and Global Marketing ($3.2 million).

**EXHIBIT A**
**108**

## OVERT ACT 169

HERSHEL TSIKMAN opened multiple Bank of America accounts.  He wired and received illicit funds to and from the banking accounts held by to the following C.R.E.A.M. SCHEME MEMBERS:

- Advanced Marketing Service: EUGENY KIRZHNER
- Advantage Concierge Services Inc.: HERSHEL TSIKMAN
- BSM National Group: MILA SUTTON
- Wilshire Marketing Group: HERSHEL TSIKMAN
- Global Marketing Research Group: ROMAN KARDONSKIY
- K & K Services Group: JAID GORBAN
- Sigma Universal Service: IVAN EFREMOV AND JAID GORBAN
- SCL Health Services: FELIX LANTSMAN
- United Management Group: JAID GORBAN
- The Best Marketing Choice: VADIM BELITSY
- Nation Wide Marketing Group. Inc.: KAMAL ABRAHIM
- The Care Group: ROMAN KARDONSKIY

## OVERT ACT 170

California Gen, under the control C.R.E.A.M. SCHEME MEMBERS billed the VICTIM COMPANIES for following FRAUDULENT PRESCRIPTIONS causing damages in the following amounts:

| | |
|---|---|
| Aetna | $133,742.42 |
| Anthem | $837,083.95 |
| Blue Shield of CA | $473,885.83 |
| Cigna | $102,335.65 |
| CVS Caremark | $0.00 (paid) |
| Express Scripts | $0.00 (paid) |
| Optum | $144,985.80 |

**EXHIBIT A**
**109**

## OVERT ACT 171

C.R.E.A.M. SCHEME MEMBERS funneled illicit proceeds obtained by Cal Gen DME from VICTIM COMPANIES for FRAULENT PRESCRIPTIONS back to Global Marketing.

## OVERT ACT 172

In addition to creating an obscure web of shell corporations, C.R.E.A.M SCHEME MEMBERS went to great length to mask who controlled which entity and that the entities were related when they communicated to TARGET VICTIMS and VICTIM COMPANIES.  For instance, Lilit Movisisyan, who worked at First Choice in September of 2016 (Van Nuys Pharmacy, Family Care, and Valley Market from 2016-2017) received an email from a TARGET VICTIM who complained that she was billed $2,500 from Cal Gen DME for something that she never received.  Lilit Movisisyan emailed ALLEN BALYAN saying that he told the TARGET VICTIM the pharmacy has "NOTHING TO DO WITH CA GEN MEDICAL GROUP."  With the potential threat of a TARGET VICTIM contacting her insurance company again about this issue, ALLEN BALYAN forwarded the email to HERSHEL TSIKMAN and wrote: "Don't know how to approach this, if I call her they would know we are connected."

### 7.  The Care Group

## OVERT ACT 173

In late 2016 and early 2017, C.R.E.A.M. SCHEME MEMBERS instructed Global Marketing employees that the company was changing its name to The Care Group.  ROMAN KARDONSKIY listed himself as the owner of The Care Group with the California Secretary of State.  FRANCESCA SUTTON listed herself as the agent of service.  They listed The Care Group's address as 20350 Ventura Blvd, #120 Woodland Hills, CA 91364, the same location as Global Marketing.  They also listed a new address of 8383 Wilshire Blvd. Ste.540, Beverly Hills, CA 90211.

The Care Group was owned and operated by the C.R.E.A.M. SCHEME MEMBERS and operated in the same illegal manner seeking the fulfillment of FRADULENT PRSCRIPTIONS in order to bill the VICTIM COMPANIES.

**EXHIBIT A**
**110**

## OVERT ACT 174

ROMAN KARDONSKIY used The Care Group bank accounts to receive money from the MUTANT PHARMACIES.

## OVERT ACT 175

ROMAN KARDONSKIY used the money received by the MUTANT PHARMACIES to pay The Care Group business expenses, including ADP payroll, lead generating third parties, kick-backs to medical professionals (including office staff), and make large payouts to C.R.E.A.M. SCHEME MEMBERS who helped operate the conspiracy.

## OVERT ACT 176

C.R.E.A.M. SCHEME MEMBERS transferred millions of dollars in monetary instruments to and from The Care Group to promote and facilitate their criminal activity.

## OVERT ACT 177

C.R.E.A.M. SCHEME MEMBERS transferred millions of dollars in monetary instruments through their corporate bank accounts knowing that the monetary instruments represented the proceeds indirectly or directly derived from the proceeds of criminal activity.  Often these payments took the form of electronic wires, which violates California money laundering laws.

## OVERT ACT 178

C.R.E.A.M. SCHEME MEMBERS used this money to make personal purchases worth millions of dollars, knowing that the money came from illegal proceeds.

## OVERT ACT 179-183: Wires from VM Rx Inc. dba Valley Market Pharmacy to The Care Group

## OVERT ACT 179

On or about February 15, 2017, CHRISTIAN HAINKA wired $20,000 from VM Rx Inc. dba Valley Market Pharmacy JPMC Account ending in 3395 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

## OVERT ACT 180

Between March 3, 2017 to March 30, 2017, CHRISTIAN HAINKA wired $328,910 from VM Rx Inc. dba Valley Market Pharmacy JPMC Account ending in 3395 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

**EXHIBIT A**
**111**

### OVERT ACT 181

Between April 6, 2017 to April 27, 2017, CHRISTIAN HAINKA wired $693,106 from VM Rx Inc. dba Valley Market Pharmacy JPMC Account ending in 3395 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 182

Between May 3, 2017 to May 19, 2017, CHRISTIAN HAINKA wired $960,000 from VM Rx Inc. dba Valley Market Pharmacy JPMC Account ending in 3395 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 183

On or about September 25, 2017, CHRISTIAN HAINKA wired $38,000 from VM Rx Inc. dba Valley Market Pharmacy JPMC Account ending in 3395 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 184-187:  Wires from True Choice Rx to The Care Group

### OVERT ACT 184

On or about February 15, 2017, MARINA ALEKSEYEVA wired $29,221 from True Choice RX, Inc. dba True Choice Pharmacy JPMC Account ending in 3229 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 185

Between March 3, 2017 to March 23, 2017, MARINA ALEKSEYEVA wired $216,473 from True Choice RX, Inc. dba True Choice Pharmacy JPMC Account ending in 3229 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 186

Between April 6, 2017 to April 28, 2017, MARINA ALEKSEYEVA wired $405,338 from True Choice RX, Inc. dba True Choice Pharmacy JPMC Account ending in 3229 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 187

Between May 3, 3017 to May 19, 2017, MARINA ALEKSEYEVA wired $617,000 from True Choice RX, Inc. dba True Choice Pharmacy JPMC Account ending in 3229 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

**EXHIBIT A**

**OVERT ACT 188-189:  Wires from Mac Care Rx Inc Dba Family Care Pharmacy & Medical Supplies to The Care Group**

### OVERT ACT 188

On or about February 15, 2017, ILYA ZIKNER wired $20,000 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 189

Between March 2, 2017 to March 8, 2017, ILYA ZIKNER wired $199,796 from Mac Rx Inc Dba Family Care JPMC Account ending in 6850 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 190: Wires from WorldWide Leads to The Care Group

On or about May 25, 2017, BRIAN SUTTON and IGOR KRASHENNY wired $203,000 From WorldWide Leads Bank of America Account ending in 6450 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 191:   Wires from Cal General Medical Group Inc. to The Care Group

On or about March 1, 2017, HERSHEL TSIKMAN wired $54,000 from California General Medical Group Inc Bank of America Account ending in 4226 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 192-193: Wires from Global Research Marketing Group to The Care Group

### OVERT ACT 192

On or about July 26, 2017, ROMAN KARDONSKIY wired $8,000 from Global Research Marketing Group Inc JPMC Account ending in 2552 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

### OVERT ACT 193

On or about August 1, 2017, ROMAN KARDONSKIY wired $21,000 from Global Research Marketing Group Inc JPMC Account ending in 2552 to ROMAN KARDONSKIY at The Care Group JPMC Account ending in 7683.

## OVERT ACT 194

Both DAVID BISHOFF and JOSEPH BLYTHE were two of the three owners of Alphalink. DAVID BISHOFF and JOSEPH BLYTHE through Alphalink paid for an apartment in Los Angeles for both DAVID BISHOFF and DANE CHRISTIANSEN to stay while DAVID BISHOFF and DANE CHRISTIANSEN worked for Global Marketing.  From 2016 to 2017, Alphalink received $539,414.52 from Global Marketing, The Care Group, and Worldwide Leads.

## OVERT ACT 195

JOSEPH BYTHE worked as an employee of Global Marketing, and owned Brace Today. From 2016 to 2017, Brace Today received $804,625 from Global Marketing and The Care Group.

## COUNT 2

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of PRESENTING FALSE OR FRAUDULENT INSURANCE CLAIM, in violation of PENAL CODE SECTION 550(a)(1), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly present and cause to be presented, aid, abet, solicit, and conspire with another person to knowingly present and cause to be presented, a false and fraudulent claim for the payment of a loss and injury, including payment of a loss and injury under a contract of insurance.

**EXHIBIT A**
**114**

**COUNT 3**

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of PRESENTING FALSE OR FRAUDULENT INSURANCE CLAIM, in violation of PENAL CODE SECTION 550(a)(1), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly present and cause to be presented, aid, abet, solicit, and conspire with another person to knowingly present and cause to be presented, a false and fraudulent claim for the payment of a loss and injury, including payment of a loss and injury under a contract of insurance.

**COUNT 4**

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of PRESENTING FALSE OR FRAUDULENT INSURANCE CLAIM, in violation of PENAL CODE SECTION 550(a)(1), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly present and cause to be presented, aid, abet, solicit, and conspire with another person to knowingly present and cause to be presented, a false and fraudulent claim for the payment of a loss and injury, including payment of a loss and injury under a contract of insurance.

**EXHIBIT A**
**115**

## COUNT 5

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of PRESENTING FALSE OR FRAUDULENT INSURANCE CLAIM, in violation of PENAL CODE SECTION 550(a)(1), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly present and cause to be presented, aid, abet, solicit, and conspire with another person to knowingly present and cause to be presented, a false and fraudulent claim for the payment of a loss and injury, including payment of a loss and injury under a contract of insurance.

## COUNT 6

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of PRESENTING FALSE OR FRAUDULENT INSURANCE CLAIM, in violation of PENAL CODE SECTION 550(a)(1), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly present and cause to be presented, aid, abet, solicit, and conspire with another person to knowingly present and cause to be presented, a false and fraudulent claim for the payment of a loss and injury, including payment of a loss and injury under a contract of insurance.

**EXHIBIT A**
**116**

## COUNT 7

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of PRESENTING FALSE OR FRAUDULENT INSURANCE CLAIM, in violation of PENAL CODE SECTION 550(a)(1), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly present and cause to be presented, aid, abet, solicit, and conspire with another person to knowingly present and cause to be presented, a false and fraudulent claim for the payment of a loss and injury, including payment of a loss and injury under a contract of insurance.

## COUNT 8

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of PRESENTING FALSE OR FRAUDULENT INSURANCE CLAIM, in violation of PENAL CODE SECTION 550(a)(1), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly present and cause to be presented, aid, abet, solicit, and conspire with another person to knowingly present and cause to be presented, a false and fraudulent claim for the payment of a loss and injury, including payment of a loss and injury under a contract of insurance.

## COUNT 9

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of MAKING A FRAUDULENT CLAIM FOR HEALTH CARE BENEFIT, in violation of PENAL CODE SECTION 550(a)(6), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly make and cause to be made, aid, abet, solicit, and conspire with another person to knowingly make and cause to be made, a false and fraudulent claim for the payment of a health care benefit, in an amount exceeding nine hundred fifty dollars ($950.00).

## COUNT 10

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of MAKING A FRAUDULENT CLAIM FOR HEALTH CARE BENEFIT, in violation of PENAL CODE SECTION 550(a)(6), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly make and cause to be made, aid, abet, solicit, and conspire with another person to knowingly make and cause to be made, a false and fraudulent claim for the payment of a health care benefit, in an amount exceeding nine hundred fifty dollars ($950.00).

**EXHIBIT A**
**118**

## COUNT 11

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of MAKING A FRAUDULENT CLAIM FOR HEALTH CARE BENEFIT, in violation of PENAL CODE SECTION 550(a)(6), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly make and cause to be made, aid, abet, solicit, and conspire with another person to knowingly make and cause to be made, a false and fraudulent claim for the payment of a health care benefit, in an amount exceeding nine hundred fifty dollars ($950.00).

## COUNT 12

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of MAKING A FRAUDULENT CLAIM FOR HEALTH CARE BENEFIT, in violation of PENAL CODE SECTION 550(a)(6), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly make and cause to be made, aid, abet, solicit, and conspire with another person to knowingly make and cause to be made, a false and fraudulent claim for the payment of a health care benefit, in an amount exceeding nine hundred fifty dollars ($950.00).

## COUNT 13

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of MAKING A FRAUDULENT CLAIM FOR HEALTH CARE BENEFIT, in violation of PENAL CODE SECTION 550(a)(6), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly make and cause to be made, aid, abet, solicit, and conspire with another person to knowingly make and cause to be made, a false and fraudulent claim for the payment of a health care benefit, in an amount exceeding nine hundred fifty dollars ($950.00).

## COUNT 14

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of MAKING A FRAUDULENT CLAIM FOR HEALTH CARE BENEFIT, in violation of PENAL CODE SECTION 550(a)(6), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly make and cause to be made, aid, abet, solicit, and conspire with another person to knowingly make and cause to be made, a false and fraudulent claim for the payment of a health care benefit, in an amount exceeding nine hundred fifty dollars ($950.00).

**EXHIBIT A**
**120**

## COUNT 15

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of MAKING A FRAUDULENT CLAIM FOR HEALTH CARE BENEFIT, in violation of PENAL CODE SECTION 550(a)(6), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did knowingly make and cause to be made, aid, abet, solicit, and conspire with another person to knowingly make and cause to be made, a false and fraudulent claim for the payment of a health care benefit, in an amount exceeding nine hundred fifty dollars ($950.00).

## COUNT 16

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of GRAND THEFT OF PERSONAL PROPERTY OF A VALUE OVER NINE HUNDRED AND FIFTY DOLLARS, in violation of PENAL CODE SECTION 487(a), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did unlawfully take personal property, money, of a value exceeding nine hundred and fifty dollars ($950.00), the property of Express Scripts.

## COUNT 17

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of GRAND THEFT OF PERSONAL PROPERTY OF A VALUE OVER NINE HUNDRED AND FIFTY DOLLARS, in violation of PENAL CODE SECTION 487(a), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did unlawfully take personal property, money, of a value exceeding nine hundred and fifty dollars ($950.00), the property of CVS CAREMARK.

## COUNT 18

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of CONCEALING OR FAILING TO DISCLOSE AN EVENT AFFECTING A RIGHT TO AN INSURANCE BENEFIT, in violation of PENAL CODE SECTION 550(b)(3), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did conceal and knowingly fail to disclose, the occurrence of an event that affected a person's initial and continued right and entitlement to an insurance benefit and payment from Anthem, or the amount of a benefit and payment to which the person was entitled.

**EXHIBIT A**
**122**

**COUNT 19**

On or about and between October 15, 2015 and May 27, 2020, in the County of Santa Clara, State of California, the crime of CONCEALING OR FAILING TO DISCLOSE AN EVENT AFFECTING A RIGHT TO AN INSURANCE BENEFIT, in violation of PENAL CODE SECTION 550(b)(3), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did conceal and knowingly fail to disclose, the occurrence of an event that affected a person's initial and continued right and entitlement to an insurance benefit and payment from Aetna, or the amount of a benefit and payment to which the person was entitled.

**COUNT 20**

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of CONCEALING OR FAILING TO DISCLOSE AN EVENT AFFECTING A RIGHT TO AN INSURANCE BENEFIT, in violation of PENAL CODE SECTION 550(b)(3), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did conceal and knowingly fail to disclose, the occurrence of an event that affected a person's initial and continued right and entitlement to an insurance benefit and payment from Optum, or the amount of a benefit and payment to which the person was entitled.

**EXHIBIT A**
**123**

## COUNT 21

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of CONCEALING OR FAILING TO DISCLOSE AN EVENT AFFECTING A RIGHT TO AN INSURANCE BENEFIT, in violation of PENAL CODE SECTION 550(b)(3), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did conceal and knowingly fail to disclose, the occurrence of an event that affected a person's initial and continued right and entitlement to an insurance benefit and payment from Blue Cross Blue Shield of California, and the amount of a benefit and payment to which the person was entitled.

## COUNT 22

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of CONCEALING OR FAILING TO DISCLOSE AN EVENT AFFECTING A RIGHT TO AN INSURANCE BENEFIT, in violation of PENAL CODE SECTION 550(b)(3), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did conceal and knowingly fail to disclose, the occurrence of an event that affected a person's initial and continued right and entitlement to an insurance benefit and payment from Cigna, or the amount of a benefit and payment to which the person was entitled.

**EXHIBIT A**
**124**

**COUNT 23**

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of CONCEALING OR FAILING TO DISCLOSE AN EVENT AFFECTING A RIGHT TO AN INSURANCE BENEFIT, in violation of PENAL CODE SECTION 550(b)(3), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did conceal and knowingly fail to disclose, the occurrence of an event that affected a person's initial and continued right and entitlement to an insurance benefit and payment from Xpress Scripts, or the amount of a benefit and payment to which the person was entitled.

**COUNT 24**

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of CONCEALING OR FAILING TO DISCLOSE AN EVENT AFFECTING A RIGHT TO AN INSURANCE BENEFIT, in violation of PENAL CODE SECTION 550(b)(3), a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did conceal and knowingly fail to disclose, the occurrence of an event that affected a person's initial and continued right and entitlement to an insurance benefit and payment from CVS, and the amount of a benefit and payment to which the person was entitled.

### COUNT 25

On or about and between October 15, 2015 and May 26, 2020, in the County of Santa Clara, State of California, the crime of UNLAWFUL REBATES FOR PATIENT REFERRALS, in violation of BUSINESS & PROFESSIONS CODE SECTION 650, a Felony, was committed by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN who did unlawfully offer, deliver, receive and accept a rebate, refund, commission, preference, patronage dividend, discount and other consideration as compensation and inducement for referring patients, clients and customers to, Global Marketing, The Care Group, Cal Gen DME, Van Nuys Pharmacy, Valley Market Pharmacy, True Choice Pharmacy, First Choice Pharmacy, Family Care Pharmacy.

### COUNT 26

On or about and between October 27, 2016 and January 5, 2017, in the County of Santa Clara, State of California, the crime of FORGERY OF A PRESCRIPTION, in violation of BUSINESS & PROFESSIONS CODE SECTION 4324(a), a Felony, was committed by HERSHEL TSIKMAN AND EMILY ANDERSON who did sign the name of another person, Kristen Davis, or of a fictitious person, and falsely make, alter, forge, utter, publish, pass and attempt to pass as genuine, a prescription for a drug, pain cream prescriptions.

### COUNT 27

On or about and between July 19, 2016 and November 23, 2016, in the County of Santa Clara, State of California, the crime of FORGERY OF A PRESCRIPTION, in violation of BUSINESS & PROFESSIONS CODE SECTION 4324(a), a Felony, was committed by HERSHEL TSIKMAN AND EMILY ANDERSON who did sign the name of another person, Dr. Michael Cruz, or of a fictitious person, and falsely make, alter, forge, utter, publish, pass and attempt to pass as genuine, a prescription for a drug, durable medical equipment.

**EXHIBIT A**
**126**

## COUNT 28

On or about and between July 19, 2016 and November 23, 2016, in the County of Santa Clara, State of California, the crime of FORGERY OF A PRESCRIPTION, in violation of BUSINESS & PROFESSIONS CODE SECTION 4324(a), a Felony, was committed by HERSHEL TSIKMAN AND EMILY ANDERSON who did sign the name of another person, Dr. Raychelle Deermer-Kemple, or of a fictitious person, and falsely make, alter, forge, utter, publish, pass and attempt to pass as genuine, a prescription for a drug, durable medical equipment.


## COUNT 29

On or about and between October 27, 2016 and January 5, 2017, in the County of Santa Clara, State of California, the crime of USING PERSONAL IDENTIFYING INFORMATION WITHOUT AUTHORIZATION, in violation of PENAL CODE SECTION 530.5(a), a Felony, was committed by HERSHEL TSIKMAN AND EMILY ANDERSON who did willfully obtain personal identifying information, the names or professional identification information of Kristen Davis, and used the information for an unlawful purpose, including to obtain, and attempt to obtain, credit, goods, services, real property, and medical information, in the name of Kristen Davis without his or her consent.


## COUNT 30

On or about and between July 19, 2016 and November 23, 2016, in the County of Santa Clara, State of California, the crime of USING PERSONAL IDENTIFYING INFORMATION WITHOUT AUTHORIZATION, in violation of PENAL CODE SECTION 530.5(a), a Felony, was committed by HERSHEL TSIKMAN AND EMILY ANDERSON who did willfully obtain personal identifying information, the names or professional identification information of Dr. Michael Cruz, and used the information for an unlawful purpose, including to obtain, and attempt to obtain, credit, goods, services, real property, and medical information, in the name of Dr. Michael Cruz without his or her consent.


## COUNT 31

On or about and between July 19, 2016 and November 23, 2016, in the County of Santa Clara, State of California, the crime of USING PERSONAL IDENTIFYING INFORMATION WITHOUT AUTHORIZATION, in violation of PENAL CODE SECTION 530.5(a), a Felony, was committed by HERSHEL TSIKMAN AND EMILY ANDERSON who did willfully obtain personal identifying information, the names or professional identification information of Dr. Raychelle Deermer-Kemple, and used the information for an unlawful purpose, including to obtain, and attempt to obtain, credit, goods, services, real property, and medical information, in the name of Dr. Raychelle Deermer-Kemple without his or her consent.

**EXHIBIT A**
**127**

## COUNT 32 ($147,716)

On or about and between September 8, 2016 and September 30, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

## COUNT 33 ($197,434)

On or about and between October 6, 2016 and October 26, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

## COUNT 34 ($176,991)

On or about and between November 3, 2016 and November 30, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**

## COUNT 35 ($278,660)

On or about and between December 5, 2016 and December 29, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

## COUNT 36 ($380,605)

On or about and between January 5, 2017 and January 27, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

## COUNT 37 ($917,811)

On or about and between February 2, 2017 and February 24, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**

**COUNT 38** ($75,000)

On or about March 2, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.


**COUNT 39** ($148,844)

On or about and between September 6, 2016 and September 28, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.


**COUNT 40** ($352,197)

On or about and between October 4, 2016 and October 26, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.


**EXHIBIT A**
**130**

### COUNT 41 ($246,456)

On or about and between November 2, 2016 and November 29, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 42 ($232,779)

On or about and between December 6, 2016 and December 27, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 43 ($351,820)

On or about and between January 3, 2017 and January 31, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**131**

## COUNT 44 ($248,380)

On or about and between February 2, 2017 and February 28, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.


## COUNT 45 ($45,000)

On or about and between September 6, 2016 and September 19, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.


## COUNT 46 ($430,683)

On or about and between October 4, 2016 and October 26, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 47 ($124,806)

On or about and between November 2, 2016 and November 17, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 48 ($20,000)

On or about December 21, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a 7 Days period involving a monetary instrument and instruments of a total value exceeding $5,000 through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 49 ($198,148)

On or about and between January 5, 2017 and January 26, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**133**

### COUNT 50 ($163,483)

On or about and between December 1, 2016 and December 23, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND MARINA ALEKSEYEVA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 51 ($138,937)

On or about and between January 11, 2017 and January 26, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND MARINA ALEKSEYEVA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 52 ($62,500)

On or about and between February 9, 2017 and February 15, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND MARINA ALEKSEYEVA who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**134**

**COUNT 53** ($87,494)

On or about and between September 16, 2016 and September 28, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 54** ($87,000)

On or about and between October 4, 2016 and October 26, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 55** ($122,770)

On or about and between November 1, 2016 and November 30, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**135**

**COUNT 56** ($10,000)

On or about and between December 8, 2016 and December 12, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 57** ($40,439)

On or about and between January 6, 2017 and January 31, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 58** ($152,019)

On or about and between February 2, 2017 and February 23, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND CHRISTIAN HAINKA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**136**

**COUNT 59** ($85,000)

On or about February 24, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by VLADIMIR TSIKMAN, HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 60** ($16,000)

On or about February 2, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 61** ($35,000)

On or about May 26, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND FELIX LANTSMAN who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**137**

## COUNT 62 ($1,400,191)

On or about and between June 1, 2016 and June 29, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND FELIX LANTSMAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

## COUNT 63 ($573,493)

On or about and between July 6, 2016 and July 26, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND FELIX LANTSMAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

## COUNT 64 ($113,313)

On or about and between June 1, 2016 and June 28, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**138**

**COUNT 65** ($205,863)

On or about and between July 6, 2016 and July 28, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 66** ($522,518)

On or about and between August 2, 2016 and August 31, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 67** ($64,988)

On or about September 6, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by DAVID SUTTON, HERSHEL TSIKMAN, ROMAN KARDONSKIY AND JAID GORBAN who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 68** ($35,000)

On or about May 26, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 69** ($122,282)

On or about and between June 1, 2016 and June 28, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 70** ($235,215)

On or about and between July 6, 2016 and July 27, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**140**

**COUNT 71** ($283,450)

On or about and between August 3, 2016 and August 17, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 72** ($50,000)

On or about September 1, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND RENEE ROSENBERGELPERIN who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 73** ($247,473)

On or about and between August 10, 2016 and August 31, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**141**

**COUNT 74** ($112,500)

On or about and between September 2, 2016 and September 6, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 75** ($85,000)

On or about August 12, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 76** ($21,250)

On or about August 19, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 77** ($21,250)

On or about September 6, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 78** ($45,000)

On or about March 6, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by BRIAN SUTTON AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 79** ($316,993)

On or about June 3, 2016, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by BRIAN SUTTON, ROMAN KARDONSKIY AND IGOR KRASHENNY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**143**

### COUNT 80 ($20,000)

On or about February 15, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND CHRISTIAN HAINKA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 81 ($328,910)

On or about and between March 3, 2017 and March 30, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND CHRISTIAN HAINKA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 82 ($693,106)

On or about and between April 6, 2017 and April 27, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND CHRISTIAN HAINKA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### EXHIBIT A
### 144

### COUNT 83 ($960,000)

On or about and between May 3, 2017 and May 19, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND CHRISTIAN HAINKA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 84 ($38,000)

On or about September 25, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND CHRISTIAN HAINKA who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 85 ($29,221)

On or about February 15, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND MARINA ALEKSEYEVA who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**145**

### COUNT 86 ($216,473)

On or about and between March 3, 2017 and March 23, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND MARINA ALEKSEYEVA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 87 ($405,338)

On or about and between April 6, 2017 and April 28, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND MARINA ALEKSEYEVA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

### COUNT 88 ($617,000)

On or about and between May 3, 2017 and May 19, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND MARINA ALEKSEYEVA who did conduct and attempt to conduct a transaction and more than one transaction within a thirty day period involving a monetary instrument and instruments of a total value exceeding twenty-five thousand dollars, ($25,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 89** ($20,000)

On or about February 15, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY AND ILYA ZIKNER who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 90** ($199,796)

On or about and between March 2, 2017 and March 8, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**COUNT 91** ($203,000)

On or about May 25, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by BRIAN SUTTON, ROMAN KARDONSKIY AND IGOR KRASHENNY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

**EXHIBIT A**
**147**

**COUNT 92** ($54,000)

On or about March 1, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by HERSHEL TSIKMAN AND ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.


**COUNT 93** ($8,000)

On or about July 26, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.


**COUNT 94** ($21,000)

On or about August 1, 2017, in the County of Santa Clara, State of California, the crime of MONEY LAUNDERING, in violation of PENAL CODE SECTION 186.10(a), a Felony, was committed by ROMAN KARDONSKIY who did conduct and attempt to conduct a transaction and more than one transaction within a seven day period involving a monetary instrument and instruments of a total value exceeding five-thousand dollars, ($5,000) through one and more financial institutions with the specific intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of a criminal activity, and knowing that the monetary instrument represented proceeds of, and was derived directly and indirectly from the proceeds of, criminal activity.

(CJIC-OTH) It is further alleged that the individual value of the foregoing transaction(s) in counts 32, 38, 39, 47, 51, 52, 53, 54, 55, 58, 59, 64, 67, 74, 75, and 92 exceeded fifty thousand dollars ($50,000) but is less than one hundred fifty thousand dollars ($150,000), within the meaning of Penal Code section 186.10(c)(1)(A).

(CJIC-OTH) It is further alleged that the individual value of the foregoing transaction(s) in counts 33, 34, 35, 36, 37, 40, 41, 42, 43, 44, 46, 49, 50, 63, 65, 66, 69, 70, 71, 73, 79, 81, 82, 83, 86, 87, 88, 90, and 91 exceeded one hundred fifty thousand dollars ($150,000) but is less than one million dollars ($1,000,000) within the meaning of Penal Code section 186.10(c)(1)(B).

(CJIC-OTH) It is further alleged that the individual value of the foregoing transaction in count 62 exceeded one million dollars ($1,000,000) but is less than two million five hundred thousand dollars ($2,500,000) within the meaning of Penal Code section 186.10(c)(1)(C).

(CJIC-OTH) It is further alleged that the aggregate value of the foregoing transaction(s) in counts 32-94 exceeded two million five hundred thousand dollars ($2,500,000), within the meaning of Penal Code section 186.10(c)(1)(D).

## AGGRAVATED WHITE COLLAR CRIME ENHANCEMENT

It is further alleged that the felony crimes charged in Counts 1 through 94 are related, that a material element of the crimes is fraud and embezzlement, that the crimes involve a pattern of related felony conduct, and that the pattern of related felony conduct by DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN involves the taking of more than five hundred thousand dollars ($500,000), within the meaning of Penal Code sections 186.11(a)(2).

**EXHIBIT A**
**149**

It is alleged individually and in the aggregate that in the commission and attempted commission of the offense(s) charged in counts 1 through 94 the defendant, DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN, with the intent to do so, took, damaged and destroyed property of a value exceeding two hundred thousand dollars ($200,000), within the meaning of Penal Code section 12022.6(a)(2).

It alleged individually and in the aggregate that in the commission and attempted commission of the offense(s) charged in counts 1 through 94, the defendant, DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN, with the intent to do so, took, damaged and destroyed property of a value exceeding one million three hundred thousand dollars ($1,300,000), within the meaning of Penal Code section 12022.6(a)(3).

It is alleged individually and in the aggregate that in the commission and attempted commission of the offense(s) charged in counts 1 through 94, the defendant, DAVID SUTTON, BRIAN SUTTON, VLADIMIR TSIKMAN, HERSHEL TSIKMAN, ROMAN KARDONSKIY, JAID GORBAN, EUGENY KIRZHNER, OLEG PILLER, VADIM BELITSKY, ALEX GOLDMEN, IGOR KRASHENNY, ALI ENAYATI, MARYAM RAHIMI, EDWARD OPOKU, LARS LUNDSTROM, EMILY ANDERSON, ROBERT BREEDLOVE, RAMON PAOLOSANTOS DAVID, JOHN KNIGHT, VIRGINIA LIN, SVETLANA SAPRONOVA, FELIX LANTSMAN, CHRISTIAN

**EXHIBIT A**
**150**

HAINKA, MARINA ALEKSEYEVA, RENEE ROSENBERGELPERIN, ILYA ZIKNER, MILA SUTTON, BORIS TRIPOLOSKI, FRANCESCA SUTTON, JAMIE WOLF, DAVID BISHOFF, DANE ROBERT CHRISTIANSEN, JOSEPH DANIEL BLYTHE AND ALLEN BAYLAN, with the intent to do so, took, damaged and destroyed property of a value exceeding three million two hundred thousand dollars ($3,200,000), within the meaning of Penal Code section 12022.6(a)(4).

It is further alleged that where the amount of the theft or taking exceeds one hundred thousand dollars ($100,000), probation shall not be granted except in an unusual case where the interests of justice would best be served, within the meaning of Penal Code section 1203.045.

(OTH) It is further alleged that the offense(s) alleged in Count(s) 1 through 94, above, was/were committed in part in one county and in part in another, and the acts and effects of the acts constituting and requisite to the consummation of the offense(s) happened in two or more counties, namely, Orange, Alameda, San Luis Obispo, Riverside, Ventura, Kern, Sonoma, Stanislaus, Contra Costa, San Joaquin, Fresno, Butte, San Bernardino, Santa Cruz, Shasta, Yolo, San Diego, Tulare, Solano, Imperial, Sutter, Glenn, Marin, Madera, Inyo, Sacramento, Kings, Tuolumne, Merced, Santa Barbara, Colusa, Mendocino, San Benito, Nevada, Calaveras, Placer, Humboldt, Sierra, Plumas, Tehama, Lake, Yuba, Maricopa and the County of Santa Clara and the County of Santa Clara, within the meaning of Penal Code section 781.

(OTH) The jurisdiction of a criminal action against a principal in the commission of a public offense, when such principal is not present at the commission of the offense is in the same court it would be under this code if he were so present and aiding and abetting therein.

Any defendant, including a juvenile, who is convicted of and pleads guilty and no contest to any felony offense, including any attempt to commit the offense, charged in this complaint or information is required to provide buccal swab samples, right thumbprints and a full palm print impression of each hand, and any blood specimens or other biological samples required pursuant to the DNA and Forensic Identification Database and Data Bank Act of 1998 and Penal Code section 296, et seq.

**EXHIBIT A**
**151**

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant DAVID SUTTON, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant BRIAN SUTTON, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant VLADIMIR TSIKMAN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant HERSHEL TSIKMAN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant ROMAN KARDONSKIY, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant JAID GORBAN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

**EXHIBIT A**
**152**

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant EUGENY KIRZHNER, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant OLEG PILLER, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant VADIM BELITSKY, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant ALEX GOLDMEN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant IGOR KRASHENNY, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant ALI ENAYATI, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

**EXHIBIT A**

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant MARYAM RAHIMI, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant EDWARD OPOKU, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant LARS LUNDSTROM, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant EMILY ANDERSON, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant ROBERT BREEDLOVE, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant RAMON PAOLOSANTOS DAVID, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

**EXHIBIT A**
**154**

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant JOHN KNIGHT, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant VIRGINIA LIN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant SVETLANA SAPRONOVA, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant FELIX LANTSMAN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant CHRISTIAN HAINKA, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant MARINA ALEKSEYEVA, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

**EXHIBIT A**
**155**

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant RENEE ROSENBERGELPERIN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant ILYA ZIKNER, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant MILA SUTTON, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant BORIS TRIPOLOSKI, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant FRANCESCA SUTTON, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant JAMIE WOLF, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

**EXHIBIT A**
**156**

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant DAVID BISHOFF, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant DANE ROBERT CHRISTIANSEN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant JOSEPH DANIEL BLYTHE, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Further, attached and incorporated by reference are official reports and documents of a law enforcement agency which the complainant believes establish probable cause for the arrest of defendant ALLEN BAYLAN, for the above-listed crimes. Wherefore, A WARRANT OF ARREST IS REQUESTED.

Complainant therefore requests that the defendant(s) be dealt with according to law.

I certify under penalty of perjury that the above is true and correct.

Executed on May 27, 2020, in SANTA CLARA COUNTY, California.

_____

(Larsen /K30)

DABOI    BI170131232

CORSIGLIA/ D573/ FELONY/ TG

Cash or Bond $_____

Date: _____          _____

                                            JUDGE OF THE SUPERIOR COURT

Warrant Received for Service by:

_____

on _____

**EXHIBIT A**
**157**