UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>$709,900.00 IN U.S. CURRENCY,<br><br>          Defendant. | Case No. 2:21-cv-07191-RGK-MAR<br><br>[PROPOSED] ORDER STAYING CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND CASE AND TAKING DECEMBER 6, 2021 SCHEDULING CONFERENCE OFF CALENDAR |
| FELIX LANTSMAN, ALLA LANTSMAN, and ASIA VERBON,<br><br>          Claimants. | |

    Pursuant to the stipulation and request of the parties, 18 U.S.C. § 981(g), and good cause appearing therefor, IT IS ORDERED that this matter shall be, and hereby is stayed pending the conclusion of the related criminal investigation and related criminal case entitled The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al., Santa Clara Superior Court Case No. C2007796 (the "related criminal case").  In order to allow the

Court to monitor the status of this matter, the government shall file a status report by January 15, 2022, and every ninety (90) days thereafter, concerning the progress of the related criminal investigation and related criminal case. The scheduling conference set for December 6, 2021 at 9:00 a.m. in this civil forfeiture case is taken off calendar.

Dated: November 29, 2021

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRANGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

       /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections

Attorneys for Plaintiff
UNITED STATES OF AMERICA