| U.S. Department of Justice<br>United States Marshals Service | Log # 2739<br>Capture # 012-2:2021-CV-07191-1 | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:21-cv-07191-RGK (MAR) |
|---|---|
| DEFENDANT<br>U.S. v. $709,900.00 in U.S. Currency | TYPE OF PROCESS<br>Complaint/Warrant |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
}

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Victor A. Rodgers<br>312 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please seize the defendant $709,900.00 in U.S. Currency, CATS ID 21-FBI-003169.

| Signature of Attorney other Originator requesting service on behalf of:<br>VICTOR RODGERS  Digitally signed by VICTOR RODGERS Date: 2021.11.10 08:07:07 -08'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(213) 894-2569 | DATE<br>11/10/2021 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk<br>Pat Nugent | Date<br>11/10/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>12/28/21 | Time<br>2:27 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>Pat Nugent | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS  Seized as 2:21-CV-07191 on 12/28/21.



FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY RO                    DEPUTY

```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 6  Assistant United States Attorney
    Asset Forfeiture/General Crimes Sections
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569/1785
 9       Facsimile: (213) 894-0142/0141
10       E-mail: Victor.Rodgers@usdoj.gov
                 Maxwell.Coll@usdoj.gov
11
    Attorneys for Plaintiff
12  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-cv-07191-**FMO (JEMx)** |
|---|---|
| Plaintiff, | WARRANT |
| v. | |
| $709,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

TO: UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

A Complaint for Forfeiture having been filed in this action,

1   IT IS ORDERED that you seize the defendant, $709,900.00 In
2  U.S. Currency, and cause the same to be detained in your
3  custody, or in the custody of a Substitute Custodian, until
4  further notice of the Court.
5   YOU ARE FURTHER ORDERED to file this process in this Court
6  with your return promptly after execution.

8   DATED:  **09/09/2021**

11            KIRY K. GRAY, Clerk

13            _____
14            Deputy Clerk