TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569/1785
     Facsimile: (213) 894-0142
     E-mail: Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>$709,900.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant.<br><br>FELIX LANTSMAN, ALLA LANTSMAN and ASIA VERBON,<br><br>　　　　　Claimants. | Case No. 2:21-CV-007191-RGK(MARx)<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION AND CRIMINAL CASE** |

　　　　Pursuant to the Court's Order filed November 29, 2021 based upon the parties' stipulation therefor, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending the conclusion of an ongoing related federal criminal investigation and

the related criminal case, The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, et al., Santa Clara Superior Court Case No. C2007796, in which claimant Felix Lantsman is a defendant.  The Court's Order instructed the government to file reports every ninety (90) days, commencing January 15, 2022, regarding the status of the related criminal case.  Accordingly, the government is hereby submitting this report regarding the status of the related federal criminal investigation and related criminal case.

The related federal criminal investigation is ongoing, as is the related criminal case in which a status conference is set for claimant Felix Lantsman and the other defendants for February 15, 2022, in which there may be informal discussions concerning discovery and pleas and additional scheduling for the case.

Pursuant to the Court's Order filed November 29, 2021, the government will submit its next status report within 90 days of the filing of this status report (i.e., by April 14, 2022).

```
Dated: January 14, 2022        TRACY L. WILKISON
                               United States Attorney
                               SCOTT M. GARRANGER
                               Assistant United states Attorney
                               Chief, Criminal Division
                               JONATHAN GALATZAN
                               Chief, Asset Forfeiture Section

                                      /s/
                               _____
                               VICTOR A. RODGERS
                               MAXWELL COLL
                               Assistant United States Attorneys
                               Asset Forfeiture Section

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA
```