TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
     United States Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569/1785
     Facsimile: (213) 894-0142
     E-mail: Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CV-007191-RGK(MARx) |
| Plaintiff, | **PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION AND CRIMINAL CASE** |
| v. | |
| $709,900.00 IN U.S. CURRENCY, | |
| Defendant. | |
| FELIX LANTSMAN, ALLA LANTSMAN and ASIA VERBON, | |
| Claimants. | |

     Pursuant to the Court's Order filed November 29, 2021 based upon the parties' stipulation therefor, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending the conclusion of an ongoing related federal criminal investigation and

the related criminal case, <u>The People of the State of California v.</u>
<u>David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman</u>
<u>Kardonskiy, Jaid Gorban, et al.</u>, Santa Clara Superior Court Case No.
C2007796, in which claimant Felix Lantsman is a defendant.  The
Court's Order instructed the government to file reports every ninety
(90) days, commencing January 15, 2022, regarding the status of the
related criminal case.  Accordingly, the government is hereby
submitting this report regarding the status of the related federal
criminal investigation and related criminal case.

The related federal criminal investigation is ongoing, as is the
related criminal case in which a status conference is set for
claimant Felix Lantsman and the other defendants for May 2, 2022, in
which it is anticipated that there will be informal discussions
concerning a discovery motion and pleas and additional scheduling for
the case.

Pursuant to the Court's Order filed November 29, 2021, the
government will submit its next status report within 90 days of the
filing of this status report (<u>i.e.</u>, by July 13, 2022).

Dated: April 14, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRANGER
Assistant United states Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Chief, Asset Forfeiture Section

                            /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA