JS6

FILED
CLERK, U.S. DISTRICT COURT
JUNE 10 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07191-RGK(MARx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REQUIRING TRANSFER OF THE DEFENDANT $709,900.00 IN U.S. CURRENCY TO SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE FOR APPLICATION OF THE FUNDS TO ANY RESTITUTION ORDERS ENTERED IN THE RELATED SANTA CLARA COUNTY SUPERIOR COURT CRIMINAL CASE AND DISMISSING THIS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |
| v. | |
| $709,900.00 IN U.S. CURRENCY, | |
| Defendant. | |
| FELIX LANTSMAN, ALLA LANTSMAN and ASIA VERBON, | [29] |
| Claimants. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that:

(i) the defendant $709,900.00 in U.S. Currency shall be transferred to the Santa Clara County District Attorney's Office so that the funds can be applied to any restitution orders entered in the related criminal case entitled The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al., Santa

Clara Superior Court Case No. C2007796, in which claimant Felix Lantsman is named as a defendant; and

(ii) this civil forfeiture case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties each bearing their own attorney fees and costs.

Dated: 6/10/2022

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

      /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA